FILED

2015 SEP 30  PM 4: 35

U.S. DISTRICT COURT
N. DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 3 15 CR 358 |
| Plaintiff, | JUDGE JUDGE ZOUHARY |
| v. | |
| YAHYA FAROOQ MOHAMMAD, IBRAHIM ZUBAIR MOHAMMAD, ASIF AHMED SALIM, AND SULTANE ROOME SALIM, | I N D I C T M E N T<br>18 U.S.C. § 2339A; § 1349;<br>§ 1512(k); and § 2. |
| Defendants. | |

## GENERAL ALLEGATIONS

The Grand Jury charges:

## CO-CONSPIRATORS

1.      At all times relevant to this Indictment, YAHYA FAROOQ MOHAMMAD

(hereinafter "FAROOQ MOHAMMAD") was a citizen of India.  From in or around 2002 to in

or around 2004, FAROOQ MOHAMMAD was an engineering student at The Ohio State

University in Columbus, Ohio.  Since in or around 2004, FAROOQ MOHAMMAD has been a

resident of the United Arab Emirates.  In or around March 2008, FAROOQ MOHAMMAD

visited the United States and married a United States citizen.

2.      At all times relevant to this Indictment, IBRAHIM ZUBAIR MOHAMMAD
(hereinafter "IBRAHIM MOHAMMAD") was a citizen of India and the brother of FAROOQ
MOHAMMAD. From in or around 2001 to in or around 2005, IBRAHIM MOHAMMAD was
an engineering student at The University of Illinois in Urbana-Champaign, Illinois. In or around
2006, IBRAHIM MOHAMMAD became a resident of the Toledo, Ohio. In or around 2006,
IBRAHIM MOHAMMAD married a United States citizen. In or around 2007, IBRAHIM
MOHAMMAD became a Lawful Permanent Resident of the United States.

3.      At all times relevant to this Indictment, ASIF AHMED SALIM (hereinafter
"ASIF SALIM") was a citizen of the United States. From in or around 2000 to in or around
2005, ASIF SALIM was a student at The Ohio State University in Columbus, Ohio. In or around
2007, ASIF SALIM became a resident of Overland Park, Kansas. Since in or around August
2011, ASIF SALIM has been a resident of the United Arab Emirates.

4.      At all times relevant to this Indictment, SULTANE ROOME SALIM (hereinafter
"SULTANE SALIM") was a citizen of the United States and the brother of ASIF SALIM. From
in or around 2006 to in or around 2012, SULTANE SALIM was a resident of the Chicago,
Illinois area. Since in or around 2012, SULTANE SALIM has been a resident of the Columbus,
Ohio area.

5.      At all times relevant to this Indictment, an individual known to the Grand Jury
(hereinafter "Unindicted Co-Conspirator #1") was a citizen of the United States. From in or
around 2000 to in or around 2004, Unindicted Co-Conspirator #1 was an engineering student at
The Ohio State University in Columbus, Ohio. From in or around June 2008 to in or around
September 2009, Unindicted Co-Conspirator #1 resided outside the United States in Malaysia

2

and Egypt. Since in or around September 2009, Unindicted Co-Conspirator #1 has been a resident of Columbus, Ohio.

6. From at least as early as in or around December 2008 to in or around December 2009, an individual known to the Grand Jury (hereinafter "Unindicted Co-Conspirator #2") was a resident of the United Arab Emirates.

7. At all times relevant to this Indictment, an individual known to the Grand Jury (hereinafter "Unindicted Co-Conspirator #3") was a resident of the United Arab Emirates.

<u>FOREIGN TERRORIST ORGANIZATIONS</u>

8. Al-Qa'ida (a.k.a. al-Qaeda) was designated by the Secretary of State as a Foreign Terrorist Organization, pursuant to Section 219 of the Immigration and Nationality Act, on or about October 8, 1999, and has remained so designated since that date. Accordingly, donations of money or other forms of material support to Al-Qa'ida were and are prohibited.

9. Al Qaeda in the Arabian Peninsula ("AQAP") was designated by the Secretary of State as a Foreign Terrorist Organization, pursuant to Section 219 of the Immigration and Nationality Act, on or about January 19, 2010, and has remained so designated since that time. Accordingly, donations of money or other forms of material support to AQAP were and are prohibited.

10. Al-Shabaab (a.k.a. al-Shabab, aka Shabaab) was designated by the Secretary of State as a Foreign Terrorist Organization, pursuant to Section 219 of the Immigration and Nationality Act, on or about February 26, 2008, and has remained so designated since that date. Accordingly, donations of money or other forms of material support to Al-Shabaab were and are prohibited.

## ANWAR AL-AWLAKI

11.     At all times relevant to this Indictment, Anwar Al-Awlaki (a.k.a. Anwar Al Aulaqi) hereinafter, "Awlaki") was a dual citizen of the United States and the Republic of Yemen (hereinafter, "Yemen"). From in or around 2004 to 2011, Awlaki was a resident of Yemen. Awlaki used the Internet to post sermons and blog entries in which he justified conducting violent jihad against the United States, United States citizens, and United States military personnel, and attempted to radicalize and recruit followers to engage in violent jihad. On or about July 16, 2010, the United States Department of Treasury announced that Awlaki had been specially designated as a global terrorist under Executive Order 13224 as a "key leader" of AQAP and for "supporting acts of terrorism and for acting for or on behalf of AQAP." On or about September 30, 2011, Awlaki was killed in Yemen.

## 44 WAYS OF SUPPORTING JIHAD

12.     On or about January 5, 2009, Awlaki posted a blog entry entitled "44 Ways of Supporting Jihad" to his website. In this blog entry, which included links to a document entitled "44 Ways of Supporting Jihad," Awlaki stated, "This is an article I wrote a while back. I am releasing it now because of all what is happening in Gaza. We need to fullfill [sic] our duties as Muslims to defend our religion and land." In the document "44 Ways of Supporting Jihad," Awlaki stated "In times like these, when Muslim lands are occupied by the kuffar [non-believers in Islam], when the jails of tyrants are full of Muslim POWs, when the rule of the law of Allah is absent from this world and when Islam is being attacked in order to uproot it, Jihad becomes obligatory on every Muslim... Again, the point needs to be stressed: Jihad today is obligatory on every capable Muslim... it is your duty to find ways to practice it and support it." Awlaki then listed 44 ways to support jihad, including:

a.   <u>Having the right intention</u>: Awlaki stated, "You must make the intentions of joining the ranks of the mujahideen.  The Messenger of Allah says: 'Whoever dies and has not fought or intended to fight has died on a branch of hypocrisy;'"

b.   <u>Praying to Allah to award you with martyrdom</u>: Awlaki stated, "Asking Allah to die as a shaheed [martyr] pleases Allah because it shows him that you are willing to give your life for him.  But you need to be careful not to be merely paying lip service. A person who truly asks for shahadah [martyrdom] would respond to the call of Jihad whenever he hears it and would eagerly search for death in the path of Allah... Our culture of martyrdom needs to be revived because the enemy of Allah fears nothing more than our love of death;"

c.   <u>Jihad with your wealth</u>: Awlaki stated, "The financial Jihad has preceded the physical Jihad in every verse except one.  This is to point out to us the importance of the Jihad of wealth because Jihad depends on it. In other words, no money[,] no Jihad, and Jihad needs lots of it... Probably the most important contribution the Muslims of the West could do for Jihad is making Jihad with their wealth since in many cases the mujahideen are in need of money more than they are in need of men.  As Sheikh Abdullah Azzam puts it: 'Men are in need of Jihad and Jihad is in need of money;'"

d.   <u>Fundraising for the mujahideen</u>: Awlaki stated, "In addition to paying from your own money you should also encourage others to do the same;"

e.   <u>Fighting the lies of the Western Media</u>:  Awlaki stated, "The perceptions of many Muslims are formed by the Western media... this media demonizes the mujahideen... So my dear brothers and sisters part of your duty is to campaign amongst

Muslims to raise their awareness regarding this issue.  You should encourage them to be careful and critical of the Western media;"

      f.     Protecting the mujahideen and preserving their secrets: Awlaki stated, "We need to guard our tongues… A Muslim should develop the habit of being able to keep secrets… A Muslim should learn not to say more than what needs to be said, to work on a 'need to know basis.'  A lot of Jihad work is secret and clandestine by nature. Therefore, brothers and sisters should be very careful with their words.  A lot of harm was inflicted on Jihad work because of otherwise good and sincere brothers who had loose tongues;"

      g.     Following the news of Jihad and spreading it:  Awlaki stated, "Following the news of Jihad and the mujahideen is important because it keeps your attachment to Jihad alive… It encourages you to join Jihad… The news of Jihad is the news of the conflict between good and evil…;"

      h.     Spreading the writings of the mujahideen and their scholars: Awlaki stated, "There are plenty of scholars and strategic thinkers who are supporters of Jihad today.  The problem is that because they are on the true path most of them are killed, jailed or forced to go underground."  Awlaki then suggested methods to spread this information, including posting material online, setting up websites to publish the material, guiding others to the material, and establishing email lists;

      i.     Physical fitness:  Awlaki stated, "Physical fitness is part of the preparation for Jihad.  What Jihad needs is not body builders.  What Jihad needs is mujahideen who have the ability to walk for long hours, to run for long distances (important for guerilla warfare), to sprint (important for urban warfare), and to climb mountains;"

j.    Developing the Aqeedah [Creed] of Walaa' [Loyalty to Islam] and Baraa'
[Animosity to Non-believers in Islam]: Awlaki stated, "The mujahid should have a clear
understanding of what it means to be loyal to Allah, His Messenger and the believers and
declaring animosity towards the disbelievers... The hatred of kuffar [non-believers] is a
central element of our military creed. We need to realize that Allah will not grant us
victory as long as we still have some love towards his enemies in our hearts;"

k.    WWW Jihad: Awlaki stated, "The internet has become a great medium
for spreading the call of Jihad and following the news of the mujahideen." Awlaki then
suggested methods to become "internet mujahideen," including establishing discussion
forums, email lists, websites to cover specific areas of Jihad, and posting or emailing
Jihad literature and news;

l.    Nasheeds: Awlaki stated, "Muslims need to be inspired to practice
Jihad... Nasheeds are an important element in creating a 'Jihad culture.'" A "nasheed"
(plural form: "anasheed") is an Islamic song, the lyrics of which typically reference
religious events, history, or current events.

ADDITIONAL AWLAKI BLOG ENTRIES

13.    On or about November 3, 2008, Awlaki posted a blog entry entitled "Part 2:
Voting for the American President" to his website. In this blog entry, Awlaki stated, "The US is
in a state of war with Islam and Muslims and not just against the so called extremists... It is a
duty upon us Muslims to strive through Jihad to establish the Islamic Khilafah again... "

14.    On or about December 21, 2008, Awlaki posted a blog entry entitled "Salutations
to al-Shabab of Somalia" to his website. In this blog entry, Awlaki stated, "Al-Shabab not only
have succeeded in expanding the areas that fall under their rule but they have succeeded in

implementing the sharia [Islamic law] and giving us a living example of how we as Muslims should proceed to change our situation. The ballot has failed us but the bullet has not... The university of Somalia will graduate an alumni of judges, administrators, enjoiners of good and forbiders [sic] of evil, capable and tested leaders, teachers, imams, and fighters who are hardened by the field and ready to carry on with no fear and hesitation. It will provide its graduates with the hands-on experience that the ummah [worldwide Muslim community] greatly needs for its next stage. But their success depends on your support. It is the responsibility of the ummah to help them with men and money... Dear brothers may Allah guide you and grant you victory. Only Allah knows that if my circumstances would have allowed I would not have hesitated in joining you and being a soldier in your ranks."

15.    On or about December 27, 2008, Awlaki posted a blog entry entitled "al-Shabab: Reply to the Greeting and Advice of Sheikh Anwar" to his website. This blog entry posted a letter sent to Awlaki by "Shabab Al-Mujahidin" and stated, "O beloved Sheikh Anwar, We ask Allah to reward you for your encouragement and words of advice. Your words have reached us and, by the will of Allah, we will benefit from your recommendations. The enemies of Islam are increasing their efforts more and more these days and are directing more attention to the media battle and the battle for the 'hearts and minds.' ... O Sheikh, we would not only look at you as only a soldier, but as the likes of Ibn Taymiya during the trials of the Ta'tars."

16.    On or about December 31, 2008, Awlaki posted a blog entry entitled "A New Year: Reality and Aspirations" to his website. In this blog entry, Awlaki stated, "We are living in special, dangerous and trialing times. The youth of the ummah need to rise to the occasion... Allah wants victory for this ummah and Allah is preparing the means for that. Let [us] not sit on the sidelines. Lets be part of that victory."

17.     On or about January 22, 2009, Awlaki posted a blog entry entitled "Suicide or Martyrdom?" to his website. In this blog entry, Awlaki provided historical evidence in support of the position that suicide attacks constitute achieving Islamic martyrdom. Awlaki stated, "Today the world turns upside down when one Muslim performs a martyrdom operation. Can you imagine what would happen if that is done by seven hundred Muslims on the same day?! Brothers and sisters whether you agree or not with martyrdom operations let's leave our differences behind us, and let us support our Muslim brothers who are in the frontlines. Just like we disagree on many other issues, we should not let our disagreements stand in the way of our solidarity in the face of our adversaries."

18.     On or about January 30, 2009, Awlaki posted a blog entry entitled "Two Muslim Women Raped by CIA Station Chief in Algeria" to his website. In the blog entry, Awlaki quoted from news reports about the removal of a CIA official from an overseas posting for sexually assaulting two women. In commentary following the article, Awlaki stated, "The offices, residences, and gathering places of these imperial American officials usually attract the scum of the earth just like feces would attract flies. The American soldiers have spread their filth in Thailand, the Philippines and now in Iraq." Awlaki further stated, in sum and substance, that the governments of Muslim countries and "Green Zone Scholars" are "boot cleaners" and "boot lickers" for the United States. At the end of the blog entry, Awlaki stated, "May Allah destroy you all!"

19.     On or about February 12, 2009, Awlaki posted a blog entry entitled "Tawfique Chowdhury's Alliance with the West" to his website. In the blog entry, Awlaki stated, in sum and substance, that he had read an article by Tawfique Chowdhury, a Muslim scholar. Awlaki stated in the blog entry: "I pray that Allah destroys America and all its allies and the day that

happens, and I assure you it will and sooner than you think, I will be very pleased... Whoever is betting today on America is betting on the wrong horse."

20.    On or about August 1, 2009, Awlaki posted an entry entitled "The Army of Yemen Confronts the Mujahideen" to his website.  In the blog entry, Awlaki stated, "In the first confrontation between the government of Yemen and the mujahideen, the government suffered a humiliating defeat. The fight began between a military convoy and one of the mujahideen in the area of Marib. The convoy was made up of tanks, artillery, armored vehicles and foot soldiers... The fight started at noon July 30th and ended at sunset.  The result of the battle was five destroyed tanks, two armored vehicles, at least 3 soldiers killed and five soldiers taken prisoners... Casualties amongst the ranks of the mujahideen: None... The first face to face fight between the army and the mujahideen ended in a resounding victory for the mujahideen... May this be the beginning of the greatest Jihad, the Jihad of the Arabian Peninsula that would free the heart of the Islamic world from the tyrants who are deceiving the ummah and standing between us and victory."

<u>FORT HOOD SHOOTING</u>

21.    On or about November 5, 2009, U.S. Army Major Nidal Malik Hasan killed thirteen (13) and wounded thirty (30) U.S. military members preparing for deployment to Afghanistan at Fort Hood, Texas.

22.    On or about November 9, 2009, Awlaki posted an entry entitled "Nidal Hassan Did the Right Thing" to his website.  In the blog entry, Awlaki stated, "Nidal Hassan is a hero. He is a man of conscience who could not bear living the contradiction of being a Muslim and serving in an army that is fighting against his own people... The US is leading the war against terrorism which in reality is a war against Islam. Its army is directly invading two Muslim

countries and indirectly occupying the rest through its stooges. Nidal opened fire on soldiers who were on their way to be deployed to Iraq and Afghanistan. How can there be any dispute about the virtue of what he has done? In fact the only way a Muslim could Islamically justify serving as a soldier in the US army is if his intention is to follow the footsteps of men like Nidal... The fact that fighting against the US army is an Islamic duty today cannot be disputed. No scholar with a grain of Islamic knowledge can defy the clear cut proofs that Muslims today have the right – rather the duty – to fight against American tyranny. Nidal has killed soldiers who were about to be deployed to Iraq and Afghanistan in order to kill Muslims. The American Muslims who condemned his actions have committed treason against the Muslim Ummah and have fallen into hypocrisy... May Allah grant our brother Nidal patience, perseverance and steadfastness and we ask Allah to accept from him his great heroic act."

## ATTEMPTED DESTRUCTION OF FLIGHT 253

23.     On or about December 25, 2009, Umar Farouk Abdulmutallab attempted to destroy an aircraft, specifically Northwest Airlines Flight 253, above Detroit, Michigan.

24.     On or about February 7, 2010, Awlaki was interviewed by a news media outlet regarding Umar Farouk Abdulmutallab. In this interview, Awlaki stated, "I support what Umar Farouk [Abdulmutallab] has done after I have been seeing my brothers being killed in Palestine for more than 60 years, and others being killed in Iraq and in Afghanistan. And in my tribe too, US missiles have killed 17 women and 23 children, so do not ask me if al-Qaeda has killed or blown up a US civil jet after all this. The 300 Americans are nothing comparing to the thousands of Muslims who have been killed... It would have been better if the plane was a military one or if it was a US military target. Al-Qaeda organization has its options, and the American people live [in] a democratic system and that is why they are held responsible for their policies... I want

11

to draw these scholars' attention to the fact that there are US officers, whether intelligence or army officers, now in Sanaa and other areas, and this is US intervention. Why do not these scholars issue fatwas to kill these officers? They are spying, killing and training Yemeni soldiers to kill."

## COUNT ONE
### (Conspiracy to Provide and Conceal Material Support and Resources to Terrorists)

The Grand Jury further charges:

25.     The allegations of paragraphs 1 through 24 of this Indictment are re-alleged and incorporated as if fully rewritten herein.

26.     From an exact date unknown, but at least as early as on or about January 1, 2005, and continuing until in or around January 2012, in the Northern District of Ohio, and elsewhere, the defendants YAHYA FAROOQ MOHAMMAD, IBRAHIM ZUBAIR MOHAMMAD, ASIF AHMED SALIM, and SULTANE ROOME SALIM did knowingly and intentionally combine, conspire and agree with and among each other, and with and among others known and unknown to the Grand Jury, to provide material support and resources, and to conceal and disguise the nature, location, source, and ownership of material support and resources, to wit: property and services, including currency and monetary instruments, tangible property, services, and expert advice and assistance, knowing and intending that they were to be used in preparation for, and in carrying out, violations of Title 18, United States Code, Sections 1114 (killing of officers and employees of the United States), 2332 (killing of U.S. nationals), and 2332b (acts of terrorism transcending national boundaries).

12

## Object of the Conspiracy

27.    It was the object of the conspiracy for the defendants, FAROOQ MOHAMMAD,

IBRAHIM MOHAMMAD, ASIF SALIM, and SULTANE SALIM to provide material support

and resources to Anwar Al-Awlaki, and to conceal and disguise the nature, location, source, and

ownership of material support and resources provided to Awlaki, to wit, currency and monetary

instruments, tangible property, services, and expert advice and assistance, knowing and intending

that they were to be used in preparation for, and in carrying out, "violent jihad" against the

United States and United States military in Iraq, Afghanistan, and throughout the world, to wit,

violations of Title 18, United States Code, Sections 1114 (killing of officers and employees of

the United States), 2332 (killing of U.S. nationals), 2332b (acts of terrorism transcending

national boundaries), and 2339C (financing terrorism) by Awlaki and others.

## Manner and Means

28.    It was part of the conspiracy that the defendants, FAROOQ MOHAMMAD,

IBRAHIM MOHAMMAD, ASIF SALIM, and SULTANE SALIM, agreed and concluded,

individually and with at least one other co-conspirator, that they were obligated to participate in

"violent jihad" against the United States and the United States military in Iraq, Afghanistan, and

throughout the world.

29.    It was a further part of the conspiracy that the defendants, FAROOQ

MOHAMMAD, IBRAHIM MOHAMMAD, ASIF SALIM, and SULTANE SALIM agreed  to

provide and did provide funds, equipment, and expert advice and assistance to Anwar Al-Awlaki

to be used in furtherance of "violent jihad" against the United States and the United States

military in Iraq, Afghanistan, and throughout the world.

30.     It was a further part of the conspiracy that one or more of the co-conspirators discussed, planned, and prepared travel to Yemen, and then traveled to Yemen, in order to meet with Awlaki.

31.     It was a further part of the conspiracy that one or more of the co-conspirators collected, solicited, and raised funds, both in the United States and elsewhere, to provide to Awlaki in support of "violent jihad" against the United States and the United States military in Afghanistan, Iraq, and throughout the world.

32.     It was a further part of the conspiracy that one or more of the co-conspirators discussed, planned, and engaged in fraudulent financial transactions in the United States in order to obtain funds to support "violent jihad" against the United States and the United States military in Afghanistan, Iraq, and throughout the world.  These transactions included incurring credit card charges without intending to make required payments and taking steps to evade collection efforts.

33.     It was a further part of the conspiracy that one or more of the co-conspirators transferred and arranged the transfer of funds to be provided to Awlaki from the United States to individuals in the United Arab Emirates in a manner designed to conceal the movement of the funds.

34.     It was a further part of the conspiracy that one or more of the co-conspirators followed, researched, read, disseminated, distributed, and promoted materials, information, and media advocating "violent jihad" against the United States and the United States military in Afghanistan, Iraq, and throughout the world; materials describing terrorist groups engaged in "violent jihad" against the United States; and materials created, written, and published by Awlaki advocating "violent jihad" against the United States.

35.     It was a further part of the conspiracy that one or more of the co-conspirators attempted to conceal the conspiracy and their activities in furtherance of the conspiracy by using coded communications; by obscuring the names of individuals and places; by using partial names, initials and acronyms; by fraudulently altering immigration and identification documents in order to obtain items, including SIM cards for cellular telephones, under false and fictitious names for use during travel to Yemen; by communicating using "blind carbon copied" emails and password-protected websites; and by deleting email communications detailing their associations and activities.

36.     It was a further part of the conspiracy that one or more of the co-conspirators attempted to conceal the conspiracy and their activities in furtherance of the conspiracy by making false statements, including omitting material facts, to government agents and officials. It was a further part of the conspiracy that one or more of the co-conspirators communicated to other co-conspirators a false cover story in order to provide an innocent explanation for financial transactions that were, in truth, the provision of funds to support "violent jihad" against the United States and the United States military in Afghanistan, Iraq, and throughout the world.

### Acts in Furtherance of the Conspiracy

37.     In furtherance of the conspiracy and in order to effect its objects and conceal its existence, the co-conspirators committed one or more of the following acts in the Northern District of Ohio and elsewhere:

38.     On or about January 31, 2005, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "RE: Is Nationalism a disease in view of Islam?" In this email, FAROOQ MOHAMMAD stated, "The muslims there [in India] are our brothers. The non muslims our enemies. We do dawah [proselytize] to them in the best manner.

15

But if they refuse, and when we have the capability, we offer them to live as dhimmis [non-Muslims under protection of Muslim law], or else face the sword. And we never have a subservient attitude towards them. There is a time for dawah and a time for (offensive) jihad, and... this is clearly explained."

39.     On or about February 25, 2005, IBRAHIM MOHAMMAD sent an email to FAROOQ MOHAMMAD with the subject line "RE: About taking up nationality of a kafir [non-believer] nation." In this email, IBRAHIM MOHAMMAD stated, "As far as which [country] is more evil, I think what is more important to look at is which country is most actively at war with Islam and that without doubt is the US."

40.     On or about January 21, 2006, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "Re: FW: Feds Consider Jamaat al-Tabligh Terrorist, Detain Arizona Doctor After Hajj." In this email, FAROOQ MOHAMMAD stated, "like I said earlier, the kuffar [non-believers in Islam] don't care whether you're a sunni, shia... or whatever.. when the time comes they wanna kill them all alike."

41.     On or about April 21, 2006, IBRAHIM MOHAMMAD sent an email to an identified individual, known to the Grand Jury, with the subject line "Re: questionnaire." In this email, IBRAHIM MOHAMMAD responded to a list of questions. In response to a question about whether he has a favorite quote, IBRAHIM MOHAMMAD stated, "I don't usually retain them, but there was one I heard recently said by Sayid Qutb, he said 'our words are dead, until we give life to them with our blood', the words of a true shaheed [martyr]."

42.     On or about April 29, 2006, IBRAHIM MOHAMMAD sent an email to an identified distribution group with the subject line "Nasheed." In this email, IBRAHIM MOHAMMAD provided a link to an identified website, known to the Grand Jury and registered

to FAROOQ MOHAMMAD (hereinafter, "Website 1"), where IBRAHIM MOHAMMAD had uploaded a file entitled "ghareb.rm." In this email, IBRAHIM MOHAMMAD provided the text of the nasheed, including the following: "If you ask about us, then we do not care about the tyrants, We are the regular soldiers of Allah, our path is a reserved path... So let us make jihad, and battle, and fight from the start... this is how they are free in the enslaved world."

43.     On or about July 19, 2006, FAROOQ MOHAMMAD sent an email to an identified individual, known to the Grand Jury, with the subject line "New lecture by Anwar Al-Awlaki;" Unindicted Co-Conspirator #1 was blind carbon-copied (hereinafter, "bcc'd") to this email. In this email, FAROOQ MOHAMMAD stated, "An excellent lecture by Shaykh Anwar Al-Awlaki, he talks about how Allaah is preparing us for victory in our times... a recent lecture in which he talks about present day issues as the danish cartoons issue and the situation in Iraq." The email provided a link to Website 1, where a file entitled "Preparation for Victory" had been uploaded.

44.     On or about July 24, 2006, FAROOQ MOHAMMAD sent an email to Unindicted Co-Conspirator #1 with the subject line "Hijrah-Lecture by Anwar Al-Awlaki." In this email, FAROOQ MOHAMMAD stated, "Anwar Al-Awlaki's lecture on Hijrah." The email provided a link to Website 1, with the name "ibrahim" included in the specific website address, where a file entitled "hijra_v01" had been uploaded.

45.     On or about April 15, 2007, IBRAHIM MOHAMMAD sent an email to an identified distribution group. In this email, IBRAHIM MOHAMMAD provided a link to a video and stated, "lecture about the Chechen jihad. The story... is amazing." In this email, IBRAHIM MOHAMMAD's signature block provided the following quote from Abdullah Azzam: "The life

of the Muslim Ummah [worldwide Muslim community] is solely dependent on the *ink of it's [sic] scholars* and the *blood of it's [sic] Martyrs*." [emphasis in original].

46.     On or about May 26, 2007, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "book;" ASIF SALIM and Unindicted Co-Conspirator #1 were bcc'd on this email. The email provided a link to Website 1, where a file entitled "Book of a Mujahideen" had been uploaded.

47.     On or about May 26, 2007, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "the constants (transcribed);" ASIF SALIM and Unindicted Co-Conspirator #1 were bcc'd on this email. This email attached "Constants on the Path of Jihad," a 65-page transcription of a lecture by Awlaki on the subject of "violent jihad."

48.     On or about August 13, 2007, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "card." In this email, FAROOQ MOHAMMAD stated, "I applied for yet another card. they're giving me 5% back for three months. nice timing for me. keep an eye out for it will ya."

49.     On or about August 13, 2007, IBRAHIM MOHAMMAD replied to FAROOQ MOHAMMAD's earlier email and stated, "its not good to apply for too many cards. bad for your credit. but perhaps you don't care?"

50.     On or about August 13, 2007, FAROOQ MOHAMMAD replied to IBRAHIM MOHAMMAD and stated, "haha, i don't except if someone convinces me that its ok to rip them off. then i'd want good credit, so i can get maxed out and disappear this would be the 3rd .. that doesn't sound too much."

51.     On or about August 13, 2007, IBRAHIM MOHAMMAD replied again to FAROOQ MOHAMMAD and stated, "btw, i you got a letter in the mail saying they've doubled

your credit limit for your First American (or something) credit card. so looks like your credit is good so far."

52.     On or about August 13, 2007, FAROOQ MOHAMMAD replied again to IBRAHIM MOHAMMAD and stated, "i really need to go fatwa [opinion from a Muslim scholar] shopping for that rip off thing...."

53.     On or about January 3, 2008, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "columbus." This email provided a link to an online news video entitled "Jihad in Central Ohio" and contained no additional comment.

54.     On or about January 14, 2008, FAROOQ MOHAMMAD and IBRAHIM MOHAMMAD exchanged emails about IBRAHIM MOHAMMAD's efforts to raise money to purchase Islamic books for the prison library at the Toledo Correctional Institute. In one email, FAROOQ MOHAMMAD suggested that IBRAHIM MOHAMMAD "buy CDs of Anwar Awlaki" for the project. IBRAHIM MOHAMMAD replied by email that he "was thinking of that as well."

55.     On or about January 29, 2008, IBRAHIM MOHAMMAD sent an email to FAROOQ MOHAMMAD with the subject line "Fw: Check out the abstract on this. You"ll [sic] laugh hard." In this email, IBRAHIM MOHAMMAD forwarded a link to a document entitled "Engineers of Jihad." The abstract of this paper stated, "We find that graduates from subjects such as science, engineering, and medicine are strongly overrepresented among Islamist movements in the Muslim world, though not among the extremist Islamic groups which have emerged in Western countries more recently. We also find that engineers alone are strongly over-represented among graduates in violent groups in both realms. This is all the more puzzling for

19

engineers are virtually absent from left-wing violent extremists and only present rather than over-represented among right-wing extremists."

56.    On or about January 30, 2008, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "a comment." In this email, FAROOQ MOHAMMAD included a comment from an online forum discussing the paper "Engineers of Jihad." The comment, as provided by FAROOQ MOHAMMAD, stated, "Engineers are over-represented in many groups of people who achieve tangible results. If you want books about politics and economics, go to those faculties. If you want electric light, sewers, drinking water, cheap travel or X-rays, ask an engineer. If you want something knocked down or blown up, ask an engineer. Away from the world of glowing pixels and dissertations on Proust there's another world of people who know how to do stuff. Those people will always be over-represented if you look at results and under-represented if you are interested in talk." Following this comment in the email, FAROOQ MOHAMMAD stated, ":-)… engineers rule."

57.    On or about January 30, 2008, FAROOQ MOHAMMAD sent an email to Unindicted Co-Conspirator #1 with the subject line "Engineers and J word." In this email, FAROOQ MOHAMMAD stated, "Looks like they've found us out :)." The email also provided a link to an identified website, registered to FAROOQ MOHAMMAD, where a file entitled "Engineers of Jihad" had been uploaded.

58.    On or about January 31, 2008, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD and an identified individual, known to the Grand Jury, with the subject line "Re: Fw: a comment." In this email, FAROOQ MOHAMMAD stated, "Thus their surprise and confusion when they see the 'terrorists' are highly educated and affluent. They may have the best researchers and psychologists, but they'll never figure it out until they understand

20

the concept of loving the [afterlife] more than the [material world]. The reason for educated people being over represented is simply as Allah… says… : 'Those who truly fear Allah, among His Servants, are those who have knowledge.' As to why engineers particularly are the majority, I don't know. But I do like that fact :)."

59.      On or about February 17, 2008, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "atimes article." In this email, FAROOQ MOHAMMAD stated, "Did you read this" and provided a link to an online news article entitled "Al-Qaeda sets sight on the next battlefield." The article included an interview with an Al Qaeda member and detailed the terrorist organization's operations, strategy, intelligence apparatus, and plans to overtake the Pakistani government.

60.      On or about February 27, 2008, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "nasheed." In this email, FAROOQ MOHAMMAD forwarded a link to an online video entitled "Short Clips of Jihad Songs with English Translation." The video features four nasheeds, sung in Arabic, but with the English translations on display in the video. In this email, FAROOQ MOHAMMAD further stated, "can you send me the nasheed CD you gave me to listen while I was there? or a link/torrent to something."

61.      On or about March 1, 2008, IBRAHIM MOHAMMAD sent an email to an identified distribution group with the subject line "Ahmad Al-Ajmi Nasheed in Farsi." In this email, IBRAHIM MOHAMMAD sent a link to an online video of the Afghani nasheed "Allahu Akbar" with an English translation of the lyrics, including the following: "we will fight, we will fight, united against super powers, be it russia or america…"

62.    On or about March 2, 2008, FAROOQ MOHAMMAD replied to IBRAHIM

MOHAMMAD and stated, "it's great.  I listened to that before…"

63.    On or about May 30, 2008, FAROOQ MOHAMMAD sent an email with the

subject line, "[ibrahimzm@yahoo.com] that was addressed and copied to numerous individuals,

including ASIF SALIM, Unindicted Co-Conspirator #1, and Unindicted Co-Conspirator #3. In

the email, FAROOQ MOHAMMAD stated, "New blog run by Anwar Al-Awlaki," and provided

the web address for the blog.

64.    On or about August 13, 2008, FAROOQ MOHAMMAD sent an email to an

identified individual, known to the Grand Jury, with the subject line "Imam Anwar Awlaki's

Islamic education;" ASIF SALIM was bcc'd on this email.  The email contained a link to, and

the text from, an Awlaki blog entry entitled "A Question From A Reader On My Islamic

Education."  In this blog entry, Awlaki described his Islamic education and the sources of his

academic credentials.

65.    On or about August 31, 2008, FAROOQ MOHAMMAD sent an email to himself

with the subject line "Establishing Khilafa [The Caliphate];" ASIF SALIM was bcc'd on this

email.  The email contained the text from an Awlaki blog entry entitled "Establishing Khilafa."

In this blog entry, Awlaki stated, "Today the Muslim world is under occupation and the

statements of our scholars are clear that it becomes [obligatory] on every able Muslim to fight to

free the Muslim land.  When something is [obligatory] it is [obligatory].  You cannot theorize or

hypothesize otherwise… So even if you do not believe Jihad to be the way to establish khilafah

you must agree that Jihad is [obligatory]… What I mean by Jihad here is not just picking up a

gun and fighting.  Jihad is broader than that.  What is meant by Jihad in this context is a total

effort by the ummah to fight and defeat its enemy… Fight the disbelievers with your self, your

wealth and your tongues. It is what Clausewitz would refer to as 'total war' but with the Islamic rules of engagement. It is a battle in the battlefield and a battle for the hearts and minds of the people." On or about this same date, ASIF SALIM sent this email as a bcc to SULTANE SALIM and another identified individual, known to the Grand Jury.

66.　On or about August 31, 2008, SULTANE SALIM sent an email to ASIF SALIM with the subject line "the other side of the universe (coin)." In this email, SULTANE SALIM sent a quote from the president of an Islamic society in the United States praising the service of Muslim Americans in the federal government and United States military. Below this quote, SULTANE SALIM stated, "she has taken what awlaki spoke against and shattered new barriers. It's one thing to say ballots over bullets to bring about positive change. it's another to say bullets for the believers."

67.　On or about September 15, 2008, IBRAHIM MOHAMMAD sent an email to an identified distribution group with the subject line "Food Reviews from Behind Bars." The email contained the complete text of an Awlaki blog post entitled "Food Reviews from Behind Bars: Everthing [sic] Else," which was posted to the Awlaki website on or about this same date.

68.　On or about September 15, 2008, in commentary to the Awlaki blog entry "Food Reviews from Behind Bars: Everthing [sic] Else," IBRAHIM MOHAMMAD stated, in sum and substance, that the post reminded him of Western fund-raising dinners for the poor where leftovers are thrown away. IBRAHIM MOHAMMAD further stated, "May Allah bless this ummah [worldwide Muslim community] and elevate those who're truly struggling for it with their wealth and their souls."

69.　On or about October 20, 2008, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD. In this email, FAROOQ MOHAMMAD stated, in sum and

substance, that he wanted to ask an identified Islamic scholar, known to the Grand Jury, "if I can max out my cards with hostile intent, and tell the US banks to take a hike. Regular Americans are gonna be doing this out of necessity soon anyways."

70. On or about November 7, 2008, Unindicted Co-Conspirator #3 sent an email to Unindicted Co-Conspirator #2 and another individual, known to the Grand Jury, in which Unindicted Co-Conspirator #3 stated, "With regards to our trip to Yemen, I feel we should act now if we are to make it happen inshaAllah." The email also included flight schedules to Sanaa, Yemen, and suggested the trip take place on December 4. The purpose of the proposed trip was to meet with Awlaki.

71. On or about November 8, 2008, Unindicted Co-Conspirator #2 replied to the email sent by Unindicted Co-Conspirator #3 on November 7, 2008, and agreed with the proposed date for travel to Yemen.

72. On or about November 9, 2008, Unindicted Co-Conspirator #3 replied to the email sent by Unindicted Co-Conspirator #2's on November 8, 2008. In the email, Unindicted Co-Conspirator #3 asked Unindicted Co-Conspirator #2, "... since your [sic] have been in touch with the Sheikh [Awlaki] so far, can you please see if he can make time for us in Sanaa on 5th December? A full day would be memorable inshaAllah!!"

73. On or about November 9, 2008, Unindicted Co-Conspirator #2 replied to the email sent by Unindicted Co-Conspirator #3 on November 9, 2008. In the email, Unindicted Co-Conspirator #2 stated "... will communicate with sheikh [Awlaki] regarding our plans.. anybody else interested in joining our team let me know."

74. On or about November 15, 2008, Unindicted Co-Conspirator #3 replied to the email sent by Unindicted Co-Conspirator #2 on November 10, 2008. In the email, Unindicted

24

Co-Conspirator #3 asked if there was "any news of whether Dec 5th is OK for the Sheikh [Awlaki]?"

75.     On or about November 17, 2008, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "financial terrorism;" Unindicted Co-Conspirator #1 was bcc'd on this email. FAROOQ MOHAMMAD stated in the email, "probably nsfw ["not safe for work"]. talk about head bouncing down capitol's steps. good stuff." The email also contained a link to a youtube video.

76.     On or about November 21, 23, and 25, 2008, Unindicted Co-Conspirator #2 and Unindicted Co-Conspirator #3 exchanged emails about their planned trip to Yemen to meet with Awlaki. In an email on November 23, 2008, Unindicted Co-Conspirator #2 stated, "Didn't call up sheikh [Awlaki] yet." By the end of the exchange of emails, they had settled on December 11, 2008, for their flight.

77.     In or around December 2008, Unindicted Co-Conspirator #2 travelled from the United Arab Emirates to Yemen. While in Yemen, Unindicted Co-Conspirator #2 met in person with Awlaki.

78.     On or about December 18, 2008, FAROOQ MOHAMMAD caused Paypal to charge his American Express credit card, account ending in 61003, in the amount of $3091.05 U.S. Dollars (hereinafter, "USD"). This charge was made by, and transferred to, the Paypal account held by IBRAHIM MOHAMMAD for purported "professional services."

79.     On or about December 19, 2008, funds in the amount of $3032.99 USD were withdrawn from a Paypal account held by IBRAHIM MOHAMMAD and deposited into a National City Bank checking account, ending 6743, held by IBRAHIM MOHAMMAD.

80.     On or about December 22, 2008, IBRAHIM MOHAMMAD caused a counter check in the amount of $3000 USD, payable to FAROOQ MOHAMMAD, to be issued from a National City Bank checking account, ending 6743, held by IBRAHIM MOHAMMAD.

81.     On or about December 22, 2008, IBRAHIM MOHAMMAD deposited the check referred to in paragraph 80 into a National City Bank checking account, ending 6219, held by FAROOQ MOHAMMAD.

82.     On or about December 23, 2008, IBRAHIM MOHAMMAD sent an email to FAROOQ MOHAMMAD with the subject line "nice." The email contained a link to a video entitled "Taliban Reciting Nasheed."

83.     On or about December 24, 2008, IBRAHIIM MOHAMMAD sent an email to an individual, known to the Grand Jury, with the subject line "Re: beautiful nasheed." In this email, IBRAHIM MOHAMMAD stated, "as a matter of fact, i don't ususally [sic] listen to anasheed, only once in a while when i find something moving. most of the time i do listen to a nasheed, its something sung by one of our mujahideen brothers, and there's no difference of opinon [sic] as far as i know on the permissibility of singing anasheed in times of [war]." This email also contained a translation of a nasheed from Urdu to English prepared by IBRAHIM MOHAMMAD.

84.     On or about December 25, 2008, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD and Unindicted Co-Conspirator #1. In this email, FAROOQ MOHAMMAD stated, in sum and substance, that Awlaki was planning to release the second volume of his "Medina" lecture series. FAROOQ MOHAMMAD further stated, in sum and substance, a brother had just returned from Yemen. In this email, FAROOQ MOHAMMAD referred to Awlaki, as "sheikh a.a."

85.     On or about December 25, 2008, IBRAHIM MOHAMMAD responded to FAROOQ MOHAMMAD with a single word: "awesomeness."

86.     On or about December 25, 2008, IBRAHIM MOHAMMAD sent an email to FAROOQ MOHAMMAD with the subject line "re: Turkish nasheed." The email contained a link to a video entitled "Chechnya Shaheed [Martyr] Jihad Islam Nasheed." At the beginning of the video, there is a statement in both English and Russian that the video is "dedicated to every brother who chose jihad in the name of Allah" and then quotes from the Quran. The video then features images of deceased, violent jihadists while a nasheed plays in the background. In this email, below the link to the video, IBRAHIM MOHAMMAD stated, "know anyone who can translate it?"

87.     On or about December 29, 2008, FAROOQ MOHAMMAD caused Paypal to charge his Citibank credit card, account ending in 1545, in the amount of $350 USD. This charge was made by, and transferred to, the Paypal account held by IBRAHIM MOHAMMAD.

88.     On or about December 29, 2008, FAROOQ MOHAMMAD applied for, and was approved for, a credit card, account ending 0587, from JPMorganChase Bank. In the application for the credit card, FAROOQ MOHAMMAD falsely claimed his home address as that of IBRAHIM MOHAMMAD.

89.     On or about January 5, 2009, FAROOQ MOHAMMAD caused Paypal to charge his American Express credit card, account ending in 61003, in the amount of $3500 USD. This charge was made by, and transferred to, the Paypal account held by IBRAHIM MOHAMMAD for purported "professional services."

90.     On or about January 6, 2009, FAROOQ MOHAMMAD sent a copy of Awlaki's "44 Ways of Supporting Jihad" to Unindicted Co-Conspirator #1.

91.     On or about January 6, 2009, FAROOQ MOHAMMAD solicited funds from Unindicted Co-Conspirator #1 and stated, in sum and substance, the funds he was collecting were destined for Awlaki and were to be used for a "camp."

92.     On or about January 6, 2009, IBRAHIM MOHAMMAD withdrew funds in the amount of $3660.75 USD from his Paypal account and deposited the funds into his National City Bank checking account, ending in 6743.

93.     On or about January 6, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "anwar awlaki;" the email was bcc'd to Unindicted Co-Conspirator #1. In the email, FAROOQ MOHAMMAD stated, "you got to check latest," and provided a link to Awlaki's blog, where Awlaki had posted "44 Ways of Supporting Jihad" on January 5, 2009.

94.     On or about January 6, 2009, Unindicted Co-Conspirator #1 sent an email to IBRAHIM MOHAMMAD with the subject line "New Address." In this email, Unindicted Co-Conspirator #1 asked IBRAHIM MOHAMMAD for his address "so that I can send you something." On or about this same date, IBRAHIM MOHAMMAD replied to Unindicted Co-Conspirator #1 with his home address.

95.     On or about January 7, 2009, FAROOQ MOHAMMAD sent an email to Individual A, a resident of the Toledo, Ohio area, who is known to the Grand Jury. In this email, FAROOQ MOHAMMAD stated, in sum and substance, that he had needed to send some money in the United States to the United Arab Emirates. FAROOQ MOHAMMAD further stated that he had agreed with Individual B (the father of Individual A and a resident of the United Arab Emirates, who is known to the Grand Jury) to pay for Individual A's tuition at University 1, located in the Northern District of Ohio and known to the Grand Jury, and that Individual B

would reimburse FAROOQ MOHAMMAD in the United Arab Emirates.  FAROOQ

MOHAMMAD further requested login information in order to make an online payment to

University 1.

96.     On or about January 7, 2009, the email referred to in paragraph 95 was forwarded

from Individual A to IBRAHIM MOHAMMAD.

97.     On or about January 7, 2009, IBRAHIM MOHAMMAD received an email

containing login information to the online payment system for University 1.

98.     On or about January 7, 2009, FAROOQ MOHAMMAD caused his Discover

credit card, account ending in 3824, to be charged in two separate transactions by the online

payment system for University 1.  These charges were for $3591 USD and $1898.10 USD, for a

total of $5489.10 USD.

99.     On or about January 7, 2009, FAROOQ MOHAMMAD caused his American

Express credit card, account ending in 61003, to be charged by the online payment system for

University 1 in the amount of $202.28 USD.

100.     On or about January 7, 2009, IBRAHIM MOHAMMAD sent an email to an

identified individual, known to the Grand Jury, with the subject line "Re: Remodelling Makkah."

In this email, IBRAHIM MOHAMMAD stated, "its because our societies are corrupt, tyrannical

and sinful that our leaders are also corrupt, tyrannical sinners... the least we can do on our part is

to implement Islam in our lives and try to spread it to those around us, especially our families. Of

course there's a lot more we can do, with our lives and our wealth if only Allah gives us the

tawfeeq [opportunity]."

101.     On or about January 7, 2009, ASIF SALIM sent a communication to Unindicted

Co-Conspirator #1.  In this communication, ASIF SALIM stated, "well du'a [prayer] is a

powerful weapon, we shouldn't underestimate it... but, at the same time, it does, in no way, absolve us of our duties... check this quote out... this was from many years ago... scary how its still pertinent... 'Every day Muslim men, women, and children join the ranks of anonymous martyrs. Their stories will never surface in (the) media, but they will be featured in the Annals of Truth that will (be) unfolded on the Day of Judgement [sic]. I mourn the suffering of these brothers and sisters, but I do not fear for their ultimate outcome... Rather, I fear for the Muslims who stand aside as the war against Islam rages on. May Allah give us the clarity in knowledge and courage in deeds to defend our fellow Muslims.'... the bad thing about that du'a [prayer] is that He pretty much already has done that... now the ball's in our court... and therein lies the rub."

102.    On or about January 9, 2009, Unindicted Co-Conspirator #1 caused a check, number 5097, in the amount of $300 USD, to be issued from a U.S. Bank checking account, ending 0278, payable to IBRAHIM MOHAMMAD, with the memo line "For Farooq."

103.    On or about January 11, 2009, Unindicted Co-Conspirator #3 sent an email to FAROOQ MOHAMMAD and Unindicted Co-Conspirator #2 with the subject line "Our proposed trip." In the email, Unindicted Co-Conspirator #3 proposed they make a trip to Yemen on January 28, 2009, and returning on January 31, 2009. In the email, Unindicted Co-Conspirator #3 suggested that they meet to discuss "contributions collected so far," what gift to bring, and an "Al Turath conn. for the Shk [Awlaki]." Further, the email suggested that they "need to check if the Shk [Awlaki] is free on the said dates as well."

104.    On or about January 11, 2009, Unindicted Co-Conspirator #2 replied to Unindicted Co-Conspirator #3's email. In the reply, Unindicted Co-Conspirator #2 explained

that he had asked Awlaki about the proposed dates to visit, "i spoke to him on thursday. its ok for him but let me confirm with him on the exact dates."

105.    On or about January 13, 2009, Unindicted Co-Conspirator #3 sent a response back to Unindicted Co-Conspirator #2, which was cc'd to FAROOQ MOHAMMAD. In the email, Unindicted Co-Conspirator #3 explained on the issue of the 'Al Turath conn.,' "I spoke to Farook [FAROOQ MOHAMMAD] & we are of the opinion that we will not purchase any conn. until we get to know the Shks [Awlaki's] actual requirement."

106.    On or about January 13, 2009, IBRAHIM MOHAMMAD caused a check, number 529, in the amount of $3750 USD, to be issued from a National City Bank checking account ending 6743, payable to an automobile dealership in the Toledo, Ohio area known to the Grand Jury, with the memo line "[Individual A] Car." This check was payment for the purchase of an automobile for Individual A.

107.    On or about January 15, 2009, IBRAHIM MOHAMMAD sent an email to an identified individual, known to the Grand Jury, with the subject line "Re: The real enemy." In this email, IBRAHIM MOHAMMAD stated, "the only governments who made a change were those that came to power through the struggles by true believing people, like it happened [sic] in Afghanistan and Somalia, and is happening again in the latter. As Allah swt has promised, there will always be a group on the haq [truth], fighting in His cause. Lets pray to Allah to make us of the successful party for sometimes I feel the whole ummah [worldwide Muslim community] is living in error, except for those small pockets of dedicated believers who're struggling and sacrificing for the deen [Muslim way of life] around the world. As for whats happening in gazza, may Allah accept those who've fallen as shuhada [martyrs] and may their blood inspire

the rest of the ummah to wake up from its slumber and rise against the enemies of Allah and give up their preoccupation with this duniya [material world]."

108.     On or about January 19, 2009, FAROOQ MOHAMMAD created and caused to be created a Paypal account in the name of his spouse from an IP address in the United Arab Emirates.  Approximately two minutes after the creation of this account, a login was made to the Paypal account of FAROOQ MOHAMMAD from the same IP address in the United Arab Emirates.

109.     On or about January 19, 2009, FAROOQ MOHAMMAD caused his First National Bank of Omaha credit card, account ending in 1608, to be charged in two separate transactions by Paypal.  These charges were for $3500 USD and $3750 USD, for a total of $7250 USD.  These charges were made by, and the funds transferred to, the Paypal account held in the name of FAROOQ MOHAMMAD's spouse.

110.     On or about January 19, 2009, FAROOQ MOHAMMAD sent a communication to Unindicted Co-Conspirator #1.  In this communication, FAROOQ MOHAMMAD stated, "the brothers are planning to go to yemen on jan 28... I got about $6K so far... I'm meeting the other two brothers tonight... I'll find out how much they collected as well... and if you have any questions, I can pass them to the Sh [Awlaki]."

111.     On or about January 19, 2009, Unindicted Co-Conspirator #3 received an email from Individual D, a person known to the grand jury but not charged herein, which Individual D asked, "Did you meet your friend [Awlaki]?  How is he?  Convey my Salaam to him.  May Allah grant him success.  Inform me about your meeting."

112.     On or about January 19, 2009, Unindicted Co-Conspirator #3 responded to Individual D, thanked him for his "contribution," and explained, "With regards to my trip [to see

Awlaki], we intend to leave on the 28th inshaAllah. We are in the process of making our visa documents at the moment. Our collections so far have reached around USD 7000 [$7,000] Alhamdulillah with most of it coming from the US:)!! My personal target is to leave with around USD 10,000 [$10,000] inshaAllah. Do pray for that. I am as excited as ever. Will inshaAllah convey your regards ... & don't worry ... u will be one of the first people I will inform about once im back."

113.    On or about January 20, 2009, Unindicted Co-Conspirator #3 sent an email to an email address of an unknown person with a copy of Awlaki's "44 Ways to Support Jihad" attached. Unindicted Co-Conspirator #3 urged the recipient to read it "coz its worth it," and then requested it be forwarded to another associate.

114.    On or about January 20, 2009, FAROOQ MOHAMMAD caused his First National Bank of Omaha credit card, account ending in 1608, to be charged by Air Arabia in the amount of 956.90 United Arab Emirates Dirhams (hereinafter, "AED"), an amount equivalent to $206.18 USD. Air Arabia is an airline based in the United Arab Emirates providing flights to numerous international destinations, including Sana'a, Yemen.

115.    On or about January 20, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "trip." In this email, FAROOQ MOHAMMAD stated, in sum and substance, that he just got a ticket and visa to Sana'a for January 28. FAROOQ MOHAMMAD further stated that IBRAHIM MOHAMMAD should "keep it to yourself for now" and that "if you can raise more funds, that would be good." FAROOQ MOHAMMAD further asked IBRAHIM MOHAMMAD if he could suggest a gift.

116.    On or about January 20, 2009, IBRAHIM MOHAMMAD sent an email to FAROOQ MOHAMMAD with the subject line "Re: trip." In this email, IBRAHIM

MOHAMMAD stated, in sum and substance, that hopefully everything would go well.

IBRAHIM MOHAMMAD further stated "its difficult to raise funds when i'm not sure what

exactly they're for... also there's not much time left. still, give me a call if you get a chance..."

IBRAHIM MOHAMMAD further stated, in sum and substance, that Awlaki might like a book as

a gift, or something simple such as dates and honey, because IBRAHIM MOHAMMAD had

heard that Awlaki was a "very ascetic person." In this email, IBRAHIM MOHAMMAD referred

to Awlaki, in code, as "the shaykh."

117.    On or about January 20, 2009, IBRAHIM MOHAMMAD communicated with

FAROOQ MOHAMMAD on the telephone for more than nine (9) minutes, subsequent to the

emails described in paragraphs 115 and 116.

118.    On or about January 20, 2009, FAROOQ MOHAMMAD sent Unindicted Co-

Conspirator #1 a link to a news video about Somalia and the activities of Al-Shabaab.  Along

with this link, FAROOQ MOHAMMAD stated, "I just got visa and ticket to sana'a... for the

28th... till the 31st... did you read sh anwars' 44 ways... btw, can you suggest a gift for the

shaikh?" On or about this same date, FAROOQ MOHAMMAD also sent Unindicted Co-

Conspirator #1 a link to the Awlaki blog entry "al-Shabab: Reply to the Greeting and Advice of

Sheikh Anwar."

119.    On or about January 21, 2009, FAROOQ MOHAMMAD sent an email to

IBRAHIM MOHAMMAD with the subject line "mailbox access." In this email, FAROOQ

MOHAMMAD asked, in sum and substance, how much longer IBRAHIM MOHAMMAD

would have access to a mailbox at a residence address, known to the Grand Jury.

120.    On or about January 21, 2009, IBRAHIM MOHAMMAD replied to FAROOQ MOHAMMAD, in sum and substance, that he would have access to the mailbox until January 31, 2009.

121.    On or about January 21, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "Re: card." In this email, FAROOQ MOHAMMAD stated, "yeah use it. you could have asked this on the phone, not nice to have things in easily processed text."

122.    On or about January 21, 2009, IBRAHIM MOHAMMAD replied to FAROOQ MOHAMMAD and stated, "i tried to word it carefully, but yeah... i guess should be more careful.. which card?"

123.    On or about January 21, 2009, FAROOQ MOHAMMAD responded back to IBRAHIM MOHAMMAD and stated, "I probably maxed the ones you have. I'll send via paypal."

124.    On or about January 22, 2009, FAROOQ MOHAMMAD caused his First National Bank of Omaha credit card, account ending in 1608, to be charged by Paypal in the amount of $4150 USD. This charge was made by, and the funds transferred to, the Paypal account held by IBRAHIM MOHAMMAD.

125.    On or about January 22, 2009, IBRAHIM MOHAMMAD withdrew funds in the amount of $3946.35 USD from his Paypal account held and deposited the funds in his National City Bank checking account, ending in 6743.

126.    On or about January 22, 2009, IBRAHIM MOHAMMAD sent an email to FAROOQ MOHAMMAD with the subject line "Re: card." In this email, IBRAHIM MOHAMMAD stated to FAROOQ MOHAMMAD, "received $3946.35." At an exact date

unknown, IBRAHIM MOHAMMAD deleted this email from an account with an identified Internet Service Provider.

127.    On or about January 22, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "Re: mailbox access." In this email, FAROOQ MOHAMMAD stated, in sum and substance, that he wanted to order some items to the mailbox at a former residence address of IBRAHIM MOHAMMAD, known to the Grand Jury.

128.    On or about January 22, 2009, IBRAHIM MOHAMMAD replied to FAROOQ MOHAMMAD and asked, in sum and substance, why FAROOQ MOHAMMAD did not have the order shipped to IBRAHIM MOHAMMAD's new residence address, known to the Grand Jury. IBRAHIM MOHAMMAD further asked FAROOQ MOHAMMAD whether the order would arrive in time.

129.    On or about January 22, 2009, FAROOQ MOHAMMAD responded back to IBRAHIM MOHAMMAD, in sum and substance, he did not want to link IBRAHIM MOHAMMAD's new address to FAROOQ MOHAMMAD in any way. FAROOQ MOHAMMAD further stated, "if in case you get a call regarding me, I was a student roommate that left the country."

130.    On or about January 24, 2009, FAROOQ MOHAMMAD caused his First National Bank of Omaha credit card, account ending in 1608, to be charged by Paypal in the amount of $4500 USD. This charge was made by, and the funds transferred to, the Paypal account held by Individual C, a resident of Augusta, Maine and known to the Grand Jury.

131.    On or about January 26, 2009, IBRAHIM MOHAMMAD endorsed and deposited a check drawn from a U.S. Bank account, check number 5097, held by Unindicted Co-

Conspirator #1, in the amount of $300 USD, with the memo line "For Farooq," into a National City Bank checking account, ending 6743, held by IBRAHIM MOHAMMAD.

132.    On or about January 26, 2009, Unindicted Co-Conspirator #3 sent an email with the subject line "Re: Check List for the trip" to Unindicted Co-Conspirator #2. FAROOQ MOHAMMAD was cc'd on the email. In the email Unindicted Co-Conspirator #3 replied to an earlier email from Unindicted Co-Conspirator #2 that contained a list of items to remember to bring for the trip to Sanaa, Yemen to see Awlaki. Unindicted Co-Conspirator #3 added several comments to the list, including that his brother had purchased a "5-CD duplicator" to bring to Awlaki.

133.    On or about January 28, 2009, Unindicted Co-Conspirator #2 and Unindicted Co-Conspirator #3 travelled to Yemen without FAROOQ MOHAMMAD, who was unable to travel because he was ill, in order to meet with Awlaki. Unindicted Co-Conspirator #2 and Unindicted Co-Conspirator #3 travelled with approximately $7000 USD for Awlaki, which included funds in the amount of approximately $6000 USD collected by FAROOQ MOHAMMAD, including approximately $300 USD contributed by Unindicted Co-Conspirator #1.

134.    On or about January 28, 2009, Individual B provided payment, in the amount of 37,716 AED (equivalent to approximately $10,277 USD), to FAROOQ MOHAMMAD in the United Arab Emirates. This payment was reimbursement for the tuition payments and automobile purchase made on behalf of Individual A, the son of Individual B, by FAROOQ MOHAMMAD and IBRAHIM MOHAMMAD on or about January 7, 2009 and January 13, 2009, respectively.

135.     On or about February 1 and 2, 2009, after returning from their trip to Yemen, Unindicted Co-Conspirator #2 and Unindicted Co-Conspirator #3 exchanged a series of emails settling their respective expenses incurred during the trip to Yemen.

136.     On or about February 3, 2009, Unindicted Co-Conspirator #3 sent an email to FAROOQ MOHAMMAD and Unindicted Co-Conspirator #2 in which he proposed a series of further actions to continue to support Awlaki: "I now suggest the following actions. Bros. please give me your views. 1. Farook [FAROOQ MOHAMMAD] opens an email account at a specified site. He knows which one 2. He emails our friend [Awlaki] with general greetings & the following Qs. a. What actually happened in his village that we couldn't meet him? B. An answer to our question written on paper delivered to him c. Farook's [FAROOQ MOHAMMAD's] Q on brothers in debt in US  When we meet inshaAllah we can get more details of this email account & even check it from our nearby houses.  Farook [FAROOQ MOHAMMAD] pls do not go ahead until we have got a consensus on further actions."

137.     On or about February 3, 2009, FAROOQ MOHAMMAD contributed a sum of $50 USD to Awlaki, using a Paypal account of FAROOQ MOHAMMAD, through Awlaki's website.

138.     On or about February 6, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "wire." In this email, FAROOQ MOHAMMAD asked, in sum and substance, that IBRAHIM MOHAMMAD send the remaining money via wire transfer.  FAROOQ MOHAMMAD further stated that he last sent $3946 USD and that there was a "balance" remaining from Individual A's car payment and a tax payment.

139.     On or about February 6, 2009, FAROOQ MOHAMMAD sent another email to IBRAHIM MOHAMMAD with the subject line "$$ accounting." In this email, FAROOQ

MOHAMMAD stated, in sum and substance, based on a review of emails, he had sent $10,606 USD to IBRAHIM MOHAMMAD in four separate installments. FAROOQ MOHAMMAD further stated that the balance remaining was $3776 USD and that IBRAHIM MOHAMMAD should send the money via wire transfer. FAROOQ MOHAMMAD further stated that he would send another $2000 USD before IBRAHIM MOHAMMAD should send the money via wire transfer.

140.    On or about February 6, 2009, FAROOQ MOHAMMAD sent another email to IBRAHIM MOHAMMAD with the subject line "Wire transfer bank swift code." In this email, FAROOQ MOHAMMAD sent the information for an identified bank account, held in his name and known to the Grand Jury, at an identified financial institution in the United Arab Emirates.

141.    On or about February 6, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "calls." In this email, FAROOQ MOHAMMAD stated, in sum and substance, that he was starting to get telephone calls from Citibank to pay back his credit card bill. FAROOQ MOHAMMAD further stated, "if you ever wann[a] do this, I'd suggest not going over $8K or so per card, and have a bunch of them instead. this way it is not worth the effor[t] per creditor."

142.    On or about February 6, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "Series on NWFP;" ASIF SALIM was bcc'd on this email. In the email, FAROOQ MOHAMMAD forwarded links to a four-part article entitled "On the Militant Trail." The articles detailed the Taliban and Al Qaeda strategy to wage worldwide jihad against the United States and Muslim governments from the North West Frontier Province area of Pakistan.

143.    On or about February 6, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "US supplies;" ASIF SALIM was bcc'd on this email. In the email, FAROOQ MOHAMMAD forwarded links to, and quoted portions of, an article about the theft of U.S. military supplies in Pakistan by the Taliban and other groups.

144.    On or about February 17, 2009, FAROOQ MOHAMMAD registered the domain name for the website "ANWAR-AL-AWLAKI.COM" with an identified web hosting service. As part of the registration with this web hosting service, FAROOQ MOHAMMAD established a "domain forwarding" service from "ANWAR-AL-AWLAKI.COM" to another website.

145.    On or about February 17, 2009, Unindicted Co-Conspirator #3 sent an email to FAROOQ MOHAMMAD and Unindicted Co-Conspirator #2 with the subject line "Our email." In the email, Unindicted Co-Conspirator #3 stated, "Spoke with our friend [Awlaki] over the phone. He hasnt checked his email in a while & that's why he hasnt replied to us. He said that he will do it shortly inshaAllah. @Farook [FAROOQ MOHAMMAD], do inform us when you receive it."

146.    On or about February 18, 2009, IBRAHIM MOHAMMAD sent an email to FAROOQ MOHAMMAD with the subject line "Re: Wire transfer bank swift code." In this email, IBRAHIM MOHAMMAD stated, "some of your cards have some how gotten hold of my new address and have updated yours with it."

147.    On or about February 18, 2009, FAROOQ MOHAMMAD replied to IBRAHIM MOHAMMAD and stated, "that's not good. I didn't want them to bother you. I'll file a change of address to North Dakota or something with the USPS. anyways, what I'm doing on purpose, millions would be doing out of necessity pretty soon. an[d] my timing seems to be just right."

148.    On or about this same date, FAROOQ MOHAMMAD replied again to IBRAHIM MOHAMMAD and stated, "I forwarded my mail using USPS's form back to my old address in colum[bus]."

149.    On or about February 26, 2009, IBRAHIM MOHAMMAD ordered the Awlaki lecture "Life of Muhammad: Medina Period, Part 2 of 2" from an online bookstore.

150.    On or about February 27, 2009, IBRAHIM MOHAMMAD sent an email to FAROOQ MOHAMMAD with the subject line "seen this?"  In the email, IBRAHIM MOHAMMAD forwarded a link to a video entitled "Taliban Mujahideen: Fighting in Helmand and the Aftermath."  This video, which is over fifteen minutes in length, depicts a Taliban ambush of a military convoy in Afghanistan.  The video includes a banner reading, in both Arabic and English, "Heavy Battle with Crusaders and Their Servants many Killed and other injured (Helmand)."

151.    On or about February 27, 2009, Individual C sent funds in the amount of $4234.20 USD via wire transfer to an identified bank account in the United Arab Emirates, known to the Grand Jury, held by FAROOQ MOHAMMAD.  The listed beneficiary on the wire transfer was "Tahya [Yahya] Mohammad."

152.    On or about February 28, 2009, the Paypal account of FAROOQ MOHAMMAD made a payment of $83 USD to the Paypal account of IBRAHIM MOHAMMAD.  This payment was accompanied by a message from FAROOQ MOHAMMAD stating, "can you pre-order madeenah period vol 2" and included a link to an online bookstore.

153.    On or about February 28, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "madeena vol 2."  In this email, FAROOQ

MOHAMMAD stated, "I sent you payment via paypal for buying that series. Didn't order it myself, cos I don't want my name associated with your address as much as possible."

154.    On or about February 28, 2009, IBRAHIM MOHAMMAD replied to FAROOQ MOHAMMAD and stated, "i'd already ordered it for myself. you sure you want another copy? i can just upload mine if thats ok with you."

155.    On or about February 28, 2009, FAROOQ MOHAMMAD replied to IBRAHIM MOHAMMAD and stated, "that's ok, it's worth paying for. the nice packaging is good for a gift."

156.    On or about March 1, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "$$ accounting." In this email, FAROOQ MOHAMMAD re-sent an earlier email, dated February 6, 2009 and asked, "can you confirm these numbers?"

157.    On or about March 1, 2009, IBRAHIM MOHAMMAD replied to FAROOQ MOHAMMAD and stated, "sounds about right to me. i haven't had time to go over all those numbers myself but i had about that much in mind. let me know when you want me to wire them. ie. when can i expect those 2k you mentioned."

158.    On or about March 1, 2009, FAROOQ MOHAMMAD caused his Paypal account to receive a payment of $1800 USD from the Paypal account in his spouse's name.

159.    On or about March 1, 2009, FAROOQ MOHAMMAD caused his Paypal account to receive a transfer of $252.50 USD from his National City Bank checking account, ending in 6219.

160.    On or about March 1, 2009, FAROOQ MOHAMMAD caused his Paypal account to make a payment of $2000 USD to the Paypal account of IBRAHIM MOHAMMAD.

161.   On or about March 1, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "Re: $$ accounting." In this email, FAROOQ MOHAMMAD stated, "sent 2K. send the wire whenever you get a chance… btw, some other bros are collecting funds as well. I need to figure out more ways for transferring. Do you know of any honda there, like we used for sending to india?"

162.   On or about March 1, 2009, IBRAHIM MOHAMMAD replied to FAROOQ MOHAMMAD and stated, "why dont we do what we did before, ie. i give money here to [Individual A] and you take it from [Individual B]?" On or about this same date, FAROOQ MOHAMMAD replied to IBRAHIM MOHAMMAD and stated, "[Individual B] said he's not sending money for a couple of months or so."

163.   On or about March 1, 2009, IBRAHIM MOHAMMAD sent an email to FAROOQ MOHAMMAD with the subject line "Fw: Notification of Limited Account Access." In this email, IBRAHIM MOHAMMAD forwarded a message from Paypal stating, in sum and substance, that access to the Paypal account of IBRAHIM MOHAMMAD had been temporarily limited due to "activity in this account that is unusual or potentially high risk." In this email, IBRAHIM MOHAMMAD stated to FAROOQ MOHAMMAD, "got this message from paypal. i think they've become suspicious. i'll have to call them and talk to them. think i'll tell them i sold you a car or something."

164.   On or about March 2, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "Re: Fw: Notification of Limited Account Access." In this email, FAROOQ MOHAMMAD stated, "I had that a couple of times already. It looks like there's a lot of funny stuff going on these days. I even got phone calls within minutes of making transactions."

165.     On or about March 3, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "paypal." In this email, FAROOQ MOHAMMAD asked, "did you sort it out with paypal?"

166.     On or about March 3, 2009, IBRAHIM MOHAMMAD replied to FAROOQ MOHAMMAD and stated, "not yet. i'm pretty sure its got to do with your sending me large amounts on a credit card. i'll call them today and see what they say."

167.     On or about March 7, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "Re: paypal." In this email, FAROOQ MOHAMMAD asked, "any progress on this?"

168.     On or about March 13, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "Re: $$ accounting." In this email, FAROOQ MOHAMMAD stated, in sum and substance, the balance owed to him by IBRAHIM MOHAMMAD was approximately $5000 USD. Also in this email, FAROOQ MOHAMMAD asked, "did you get the paypal restricted access sorted out btw?"

169.     On or about March 13, 2009, IBRAHIM MOHAMMAD replied to FAROOQ MOHAMMAD and stated, "not yet, they're asking for a bunch of stuff like invoices, proof of shipping etc. to show that you bought something from me. i'm thinking i'll tell them you used to be my roommate and i sold you my furniture and stuff when we left. i'm pretty sure they're going to question me not just about the $2k you sent this time but all the payments you've made.  in the mean time, i can't withdraw the money you sent. its in my account but i can't touch it until this is resolved."

170.   On or about March 13, 2009, FAROOQ MOHAMMAD replied to IBRAHIM MOHAMMAD and stated, "hmm sounds tough. I didn't have so many problems with paypal, it got sorted out with one phone call."

171.   On or about March 16, 2009, IBRAHIM MOHAMMAD caused Paypal to send him an email notifying him that a payment of $2083 USD would be transferred to his National City Bank checking account, ending in 6743.

172.   On or about March 16, 2009, IBRAHIM MOHAMMAD caused funds in the amount of $2083 USD to be withdrawn from his Paypal account and deposited into his National City Bank checking account, ending in 6743.

173.   On or about March 17, 2009, FAROOQ MOHAMMAD sent an email to Unindicted Co-Conspirator #2 and Unindicted Co-Conspirator #3 with the subject line "AA email;" Unindicted Co-Conspirator #1 was bcc'd on this email.  In this email, FAROOQ MOHAMMAD provided a link to an image file that had been uploaded to Website 1.  The link was to a "private" part of the website.  This email included the username and password needed to access the file.

174.   On or about March 17, 2009, Unindicted Co-Conspirator #3 sent an email to FAROOQ MOHAMMAD and Unindicted Co-Conspirator #2.  In the email, Unindicted Co-Conspirator #3 forwarded an advertisement for Air Arabia airlines and asked, "any body interested in flying to sanaa [Yemen]?"

175.   On or about March 19, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "Re: $$ accounting."  In this email, FAROOQ MOHAMMAD stated, in sum and substance, that IBRAHIM MOHAMMAD should give an

additional $500 USD to Individual A.  With respect to these funds, FAROOQ MOHAMMAD stated, "add it to my tab. Confirm when done please. What's the paypal status?"

176.   On or about March 19, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "Fwd: Fly from AED 77 with Air Arabia!"  The subject line of this email also contained an email address identified with Unindicted Co-Conspirator #3.  In this email, FAROOQ MOHAMMAD forwarded IBRAHIM MOHAMMAD an email originally sent from Unindicted Co-Conspirator #3 to FAROOQ MOHAMMAD and Unindicted Co-Conspirator #2.  In this original email, Unindicted Co-Conspirator #3 stated, "any body interested in flying to sanaa?" and forwarded a list of Air Arabia fares for flights from the United Arab Emirates to selected destinations, including Sana'a, Yemen.

177.   On or about March 27, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "nasheed request."  In this email, FAROOQ MOHAMMAD forwarded a link to an online video entitled "Short Clips of Jihad Songs with English Translation."  The video features four nasheeds, sung in Arabic, but with the English translations on display in the video.  In this email, FAROOQ MOHAMMAD further stated, "do you have the full nasheeds from here... especially the second one."

178.   On or about March 30, 2009, IBRAHIM MOHAMMAD sent an email to FAROOQ MOHAMMAD with the subject line "Re: nasheed request."  In this email, IBRAHIM MOHAMMAD replied to FAROOQ MOHAMMAD and stated, "I know the first, second and fourth but haven't heard the third.  I've attached the ones I have.  Btw, fyi, the voice in the beginning of no. 4 is of sh. abdullah a z z a m [sic]."  In this email, IBRAHIM MOHAMMAD attached three audio files.  The first file, entitled "qum.mp3," incudes the lyric "Get up and shake off your slumber, because Islam is back.  We have come for the sake of Allah, and we have

declared Jihad." The second file, entitled "baroodaty.mp3," includes the lyric "So let them spill my blood for it to flow on earth... We will erupt like a volcano and burn like coals... O nation of unbelief with your red infidels!" The final file, entitled "erhabyun_ana.mp3," translates to "I am a terrorist" and includes the lyrics "I am a terrorist, I terrorize the enemies of the [Faith]... Allah the Master the Almighty has ordered Jihad against the immoral ones..."

179.    On or about March 30, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "Good documentaries on Pakistan." The subject line of this email also contained an email address identified with Unindicted Co-Conspirator #3. In this email, FAROOQ MOHAMMAD forwarded IBRAHIM MOHAMMAD an email originally sent from Unindicted Co-Conspirator #3 to FAROOQ MOHAMMAD and Unindicted Co-Conspirator #2. In this original email, Unindicted Co-Conspirator #3 forwarded links to online videos of three documentaries about the conflict between the Pakistani Army and the Taliban.

180.    On or about March 31, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "Re: nasheed request." In this email, FAROOQ MOHAMMAD replied to the email from IBRAHIM MOHAMMAD on March 30, 2009 and stated, "I really like the second one."

181.    On or about April 2, 2009, IBRAHIM MOHAMMAD sent an email to FAROOQ MOHAMMAD with the subject line "Re: nasheed request." In this email, IBRAHIM MOHAMMAD provided a link to Website 1. The link was to a specific file, entitled "Ya_ayuha_alshaheed.mp3"["O You Martyrs!"]. In this email, IBRAHIM MOHAMMAD stated, "you might like this one too.. its easy to understand for the most part."

182.     On or about April 5, 2009, FAROOQ MOHAMMAD sent an email to Unindicted Co-Conspirator #2 and Unindicted Co-Conspirator #3 with the subject line "AA email;" Unindicted Co-Conspirator #1 was bcc'd on this email. In this email, FAROOQ MOHAMMAD provided a link to an image file that had been uploaded to Website 1. The link was to a "private" part of the website. This email included the username and password needed to access the file.

183.     On or about April 7, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD, ASIF SALIM, and Unindicted Co-Conspirator #1 with the subject line "Taliban jihad against the West funded by emeralds from Pakistan." In this email, FAROOQ MOHAMMAD sent a link to, and the complete text from, an article about the Taliban funding of military operations through the sale of emeralds.

184.     On or about April 9, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "taliban governance;" this email was bcc'd to ASIF SALIM. In this email, FAROOQ MOHAMMAD sent a link to two articles about the Taliban funding of military operations through the sale of emeralds and marble.

185.     On or about April 9, 2009, IBRAHIM MOHAMMAD replied to FAROOQ MOHAMMAD and stated, "the msm [mainstream media] would have us believe that they get their funding through opium." On or about this same date, FAROOQ MOHAMMAD replied to IBRAHIM MOHAMMAD, "maybe its allowed during war time? I don't know [i]f they are or not."

186.     On or about April 11, 2009, Unindicted Co-Conspirator #3 sent an email to Individual D. In the email, Unindicted Co-Conspirator #3 stated, "Also, my friend [Awlaki] has emailed me requesting for USD $80,000."

187. On or about April 11, 2009, Unindicted Co-Conspirator #3 received an email from Individual D in which Individual D asked, "When do u need the USD?"

188. On or about April 12, 2009, Unindicted Co-Conspirator #3 responded to Individual D in an email, "We're tryin to collect at least 10K [$10,000]. Another month should be OK."

189. On or about April 12, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD, ASIF SALIM, and Unindicted Co-Conspirator #1 with the subject line "Dawah [proselytizing] progress and methods used." In this email, FAROOQ MOHAMMAD provided a link to a file entitled "dpmu.pdf" that had been uploaded to Website 1. This seventeen-page document contained the transcript of an interview with an identified Taliban commander conducted by As-Sahab, the media wing of Al Qaeda. In this interview, the Taliban commander stated, "Our Jihad isn't limited to Pakistan or Afghanistan... Our Jihad is a global Jihad... I would like to confirm that Jihad has become an individual obligation. When the infidels lay siege to Muslim lands, as they have done in Afghanistan and Iraq, Jihad becomes obligatory upon each and every Muslim for the liberation of those Muslims' lands... Thus it is an individual obligation upon the entire Muslim ummah [worldwide community] to do Jihad for the liberation of Iraq and Afghanistan and to bring the tyranny of the kaffars [non-believers in Islam] to an end..." In this interview, the Taliban commander also praised Usama bin Laden and those individuals who perpetrated attacks in Mumbai, India in November 2008. FAROOQ MOHAMMAD had received this document in an email that Unindicted Co-Conspirator #3 forwarded to him earlier that day.

190. On or about April 14, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD, ASIF SALIM, and Unindicted Co-Conspirator #1 with the subject

line "Fwd: Prepared to die for Islam." The subject line of this email also contained an email address identified with Unindicted Co-Conspirator #3. In this email, FAROOQ MOHAMMAD forwarded a link to, and the entire text from, an article about individuals from the United States and the United Kingdom fighting on behalf of Al-Shabaab in Somalia. The article described Al-Shabaab as "a group with links to al-Qaeda" and stated, in sum and substance, that the individuals joining Al-Shabaab admired Usama Bin Laden and were motivated to wage violent jihad by the United States' wars in Iraq and Afghanistan.

191. On or about April 14, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "Nation going dark." In this email, FAROOQ MOHAMMAD included a link to an article about the Taliban's military advance toward Islamabad, Pakistan.

192. On or about April 28, 2009, FAROOQ MOHAMMAD transferred $500 USD from his National City Bank checking account, ending in 6219, to his Paypal account.

193. On or about April 28, 2009, FAROOQ MOHAMMAD caused his Paypal account to make a payment of $500 USD to the Paypal account of Individual A.

194. On or about May 14, 2009, FAROOQ MOHAMMAD transferred $200 USD from his National City Bank checking account, ending in 6219, to his Paypal account.

195. On or about May 15, 2009, FAROOQ MOHAMMAD caused his Paypal account to make a payment of $200 USD to the Paypal account of Individual A.

196. On or about May 25, 2009, FAROOQ MOHAMMAD sent an email to Unindicted Co-Conspirator #2 and Unindicted Co-Conspirator #3 with the subject line "nefa file." ASIF SALIM was bcc'd on this email. The email forwarded a link to an eight page document entitled "Anwar al Awlaki: Pro Al-Qaida Ideologue with Influence in the West." This document detailed

50

Awlaki's connection to terrorism suspects in the United States.  The document also described

three of Awlaki's writings: Constants on the Path of Jihad; 44 Ways of Supporting Jihad; and a

Letter in Support of Al-Shabab.

197.    On or about May 26, 2009, FAROOQ MOHAMMAD made an online payment to

the tuition account of Individual A at University 1 from his National City Bank checking

account, ending in 6219, in the amount of $700 USD.

198.    On or about May 26, 2009, FAROOQ MOHAMMAD sent an email to Individual

A, Individual B, and IBRAHIM MOHAMMAD.  In this email, FAROOQ MOHAMMAD

forwarded the online payment receipt for $700 from the tuition account of Individual A at

University 1.  In this email, FAROOQ MOHAMMAD stated, "I've paid $700 for now.  I'll pay

the rest as soon as I arrange it from other sources."

199.    On or about May 26, 2009, IBRAHIM MOHAMMAD replied to FAROOQ

MOHAMMAD and stated, "i thought you wanted me to pay [Individual A's] tuition? Or do you

want me to deposit the money to your account?"

200.    On or about May 26, 2009, FAROOQ MOHAMMAD responded back to

IBRAHIM MOHAMMAD and stated, "I thought you hadn't figured out the balance you owe me

yet. if you have, then please pay the remainder of [Individual A's] fee. that would be faster."

201.    On or about May 26, 2009, IBRAHIM MOHAMMAD responded back to

FAROOQ MOHAMMAD and stated, "i haven't figured out the details yet but for now will

assume your total is correct. i'll pay the remainder of [Individual A's] tuition and will work out

the rest soon."

202.    On or about May 27, 2009, IBRAHIM MOHAMMAD sent an email to FAROOQ

MOHAMMAD with the subject line "account update."  In this email, IBRAHIM MOHAMMAD

forwarded a list of expenses and stated, in sum and substance, that he owed $4437.13 USD to FAROOQ MOHAMMAD.  In this email, IBRAHIM MOHAMMAD further stated, "i'm going to use a chunk of that to pay [Individual A's] tuition. i'll let you know how much remains."

203.    On or about May 27, 2009, IBRAHIM MOHAMMAD sent an email to Individual B with the subject line "update;" FAROOQ MOHAMMAD and Individual A were cc'd on this email.  In this email, IBRAHIM MOHAMMAD stated, in sum and substance, that he had made payments in the amount of $162.99 USD on behalf of Individual A in the United States.  In this email, IBRAHIM MOHAMMAD further stated, "[FAROOQ MOHAMMAD] has already paid me back the money, so you can give it to him over there in dirhams."

204.    On or about May 28, 2009, IBRAHIM MOHAMMAD sent an email to FAROOQ MOHAMMAD with the subject line "[Individual A's] tuition: urgent."  In this email, IBRAHIM MOHAMMAD asked FAROOQ MOHAMMAD, "can you give me the login/pass you used to pay [Individual A's] tuition? also the link to the website for making the payment would be helpful."

205.    On or about May 28, 2009, FAROOQ MOHAMMAD replied to IBRAHIM MOHAMMAD with the login, password, and website for the online tuition payment system at University 1.

206.    On or about May 28, 2009, IBRAHIM MOHAMMAD made an online payment to the tuition account of Individual A at University 1 from his Key Bank checking account, ending in 8231, in the amount of $3216.13 USD.

207.    On or about May 28, 2009, Individual B sent an email to Individual A with the subject line "Summer Course Fee payment to [University 1];" FAROOQ MOHAMMAD was cc'd on this email and IBRAHIM MOHAMMAD was bcc'd on this email.  In this email,

Individual B stated to Individual A, "Enclosed is the confirmation of the payment of $ 3,216.13 received by [University 1]. Earlier $ 700 was received by [University 1]." Individual B then stated, in sum and substance, that he would pay the equivalent of $3916.13 USD in AED to FAROOQ MOHAMMAD in the United Arab Emirates.

208.    On or about June 11, 2009, IBRAHIM MOHAMMAD sent an email to FAROOQ MOHAMMAD with the subject line "fyi." In this email, IBRAHIM MOHAMMAD attached a collection notice on behalf of First National Bank of Omaha regarding credit card account ending 1608, held by FAROOQ MOHAMMAD. The collection notice stated that the amount due on this card was $19,273.65 USD and offered to establish a settlement agreement for payment of the card. In this email, IBRAHIM MOHAMMAD stated, "looks like they're offering to negotiate."

209.    On or about June 12, 2009, FAROOQ MOHAMMAD replied to this email from IBRAHIM MOHAMMAD and stated, "there is nothing to negotiate. :)."

210.    On or about June 23, 2009, FAROOQ MOHAMMAD sent an email to Unindicted Co-Conspirator #2 and Unindicted Co-Conspirator #3 with the subject line "AA reply;" Unindicted Co-Conspirator #1 was bcc'd on this email. In this email, FAROOQ MOHAMMAD stated, "it came on the 17th I hadn't checked the account the last few days." FAROOQ MOHAMMAD then provided a link to an image file that had been uploaded to Website 1. The link was to a "private" part of the website. This email included the username and password needed to access the file.

211.    On or about June 23, 2009, IBRAHIM MOHAMMAD sent an email to FAROOQ MOHAMMAD with the subject line "mailed." In this email, IBRAHIM MOHAMMAD stated, "mailed the sim and debit cards today. hopefully they'll get there in time."

212.    On or about June 29, 2009, ASIF SALIM sent an email to SULTANE SALIM and three other identified individuals, known to the Grand Jury, with the subject line "RE: Our conversation." In this email, ASIF SALIM stated, "I came across some stuff in reference to our conversation (in Columbus) about giving tidings of Hellfire to the dead kuffar in their graveyards. It is attached." Attached to this email was a document, in both Arabic and English, containing scriptural references in support of giving the tidings of Hell to the graves of non-believers in Islam.

213.    From on or about June 30 to July 1, 2009, FAROOQ MOHAMMAD, Unindicted Co-Conspirator #2 and Unindicted Co-Conspirator #3 exchanged a series of emails discussing when in July to make a trip to Yemen to see Awlaki. In one email, FAROOQ MOHAMMAD suggested, "we should consult our friend [Awlaki] as well." Unindicted Co-Conspirator #2 agreed, requesting, "Pls communicate with our friend [Awlaki] & confirm for 23rd.. I think we'll need 4 days atleast. ask him if we can meet him in sanaa [Yemen].. if we have to go to his place we need 4 days starting from Thursday.. uguys will have to take 2 days off.. i.e. thursday & sunday.. communicate with him & plan.."

214.    On or about July 2, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD with the subject line "groceries." In this email, FAROOQ MOHAMMAD stated, "I did not get the sim card :(."

215.    On or about July 2, 2009, FAROOQ MOHAMMAD sent an email to Unindicted Co-Conspirator #3 with the subject line "Re: For your efforts...." In this email, FAROOQ MOHAMMAD stated, "I'm about half way done with this. I'll do the rest later tomorrow... How does it look so far? :) All done using Gimp [GNU Image Manipulation Program] software." Attached to this email, FAROOQ MOHAMMAD sent an electronic document that

appeared to be a Long Term Visit permit from the United Arab Emirates for an identified individual, listing Unindicted Co-Conspirator #3 as a sponsor. This document had been altered in that the expiration date was changed from May 7, 2009 to September 7, 2009.

216.    On or about July 2, 2009, Unindicted Co-Conspirator #3 replied to FAROOQ MOHAMMAD and stated, "… good job so far. Can you change the date of issue to today's date so that we can make use of it in the next few days? But are you sure that only on the basis of this sim cards will be given? I have a feeling they also need pp [passport] copy."

217.    On or about July 3, 2009, FAROOQ MOHAMMAD sent an email to Unindicted Co-Conspirator #3 with the subject line "Re: For your efforts…." In this email, FAROOQ MOHAMMAD stated, "I had bought one myself at [an identified retail outlet] just using a visit visa copy."

218.    On or about July 7, 2009, ASIF SALIM sent an email to FAROOQ MOHAMMAD with the subject line "Trip." In this email, ASIF SALIM stated, "I tried to wire some today and, apparently, the routing number is wrong. The lady said there's a difference between a regular routing number and a wire (transfer) routing number. Do you know anything about that?"

219.    On or about July 7, 2009, FAROOQ MOHAMMAD sent an email to Unindicted Co-Conspirator #2 and Unindicted Co-Conspirator #3. In the email, FAROOQ MOHAMMAD stated, "Here's a reply from our friend [Anwar Awlaki]. tentatively that's alright. I cannot meet you in San'aa but I can arrange for someone to bring you over to me."

220.    On or about July 8, 2009, FAROOQ MOHAMMAD sent an email to ASIF SALIM with the subject line "Re: Trip." In this email, FAROOQ MOHAMMAD replied to ASIF SALIM and stated, "I have no idea about that. I think it would be easier if you just mail a

check to my brother, and he can deposit it in my account. Just let me know the total amount, and I'll cover it from here." FAROOQ MOHAMMAD then provided the residence address of IBRAHIM MOHAMMAD. In this email, FAROOQ MOHAMMAD further stated, "A friend is arranging visas this week, we plan to go on the 23rd."

221. On or July 8, 2009, ASIF SALIM forwarded the email described in paragraph 220 to SULTANE SALIM. In this email, ASIF SALIM forwarded the content of the original message from FAROOQ MOHAMMAD, including the residence address of IBRAHIM MOHAMMAD. Above this forwarded information, ASIF SALIM stated, "Here's the info. Git 'er done."

222. On or about July 8, 2009, SULTANE SALIM sent an email to ASIF SALIM with the subject line "FW: Payment Notification from the FBI." In this email, SULTANE SALIM forwarded a message that purported to be from the Federal Bureau of Investigation. Above the forwarded email, SULTANE SALIM stated, "I was a tad surprised when I saw your email [the email referenced in paragraph 221] and this email waiting for me in my inbox."

223. On or about July 13, 2009, IBRAHIM MOHAMMAD deposited $17,060 USD into a National City Bank checking account, ending 6219, held by FAROOQ MOHAMMAD. This deposit consisted of $60 USD in cash, one check from ASIF SALIM in the amount of $2000 USD, and three checks from SULTANE SALIM in the amounts of $2400 USD, $6200 USD, and $6400 USD, dated June 15, 2009; June 19, 2009; and July 6, 2009, respectively.

224. On or about July 16, 2009, FAROOQ MOHAMMAD sent an email to Unindicted Co-Conspirator #2 and Unindicted Co-Conspirator #3 with the subject line "collection." In this email, FAROOQ MOHAMMAD stated, "I now have 20K collected including [Unindicted Co-

Conspirator #3's] contribution, a large part of that is in my US account. I can't think of a way of getting it here in time. Let's meet tomorrow… to discuss."

225.    On or about July 20, 2009, FAROOQ MOHAMMAD made a payment of $60 USD from his Paypal account to the Paypal account of IBRAHIM MOHAMMAD.  This payment was accompanied by a message from FAROOQ MOHAMMAD stating, "The 60 bugs [bucks] what I owed you for saving me from overdraft."

226.    On or about July 20, 2009, FAROOQ MOHAMMAD transferred $700 USD from his National City Bank checking account, ending in 6219, to his Paypal account.

227.    On or about July 20, 2009, FAROOQ MOHAMMAD made a payment of $700 USD from his Paypal account to the Paypal account of Individual A.

228.    On or about July 22, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD and ASIF SALIM with the subject line "trip."  In this email, FAROOQ MOHAMMAD stated, "I'm going to Sanaa tomorrow morning… with a couple of friends. We've got visas and other bookings done today. If you want me to pass along any messages or questions, let me know by tonight. I may not get a chance to check email during the weekend. Please keep this to yourselves, and make dua [prayer] for our safe trip."

229.    From on or about July 23, 2009 to on or about July 26, 2009, FAROOQ MOHAMMAD, Unindicted Co-Conspirator #2, and Unindicted Co-Conspirator #3 travelled to Yemen in order to meet with Awlaki.  During this trip, they travelled to a village in Yemen where Awlaki was living, but were unable to personally meet with Awlaki due to the presence of Yemeni government soldiers in the village.  FAROOQ MOHAMMAD, Unindicted Co-Conspirator #2, and Unindicted Co-Conspirator #3 then travelled to Sana'a, Yemen, where Awlaki instructed them to meet with one of his associates.  FAROOQ MOHAMMAD,

Unindicted Co-Conspirator #2, and Unindicted Co-Conspirator #3 then met Awlaki's associate in Sana'a and gave approximately $22,000 USD to that person for Awlaki.

230.    On or about July 26, 2009, IBRAHIM MOHAMMAD sent an email to FAROOQ MOHAMMAD with the subject line "so....?"  In this email, IBRAHIM MOHAMMAD asked, "how was it?"

231.    On or about July 26, 2009, FAROOQ MOHAMMAD replied to IBRAHIM MOHAMMAD and stated, "couldn't meet him, but delivered the goods to a relative."

232.    On or about July 26, 2009, FAROOQ MOHAMMAD sent an email to IBRAHIM MOHAMMAD and ASIF SALIM with the subject line "The wrong place at the wrong time;" Unindicted Co-Conspirator #1 was cc'd on this email.  In this email, FAROOQ MOHAMMAD stated, "I found this worth reading again, after returning from my trip."  In the email, FAROOQ MOHAMMAD then provided a link to an article on Awlaki's website entitled "Is the Franklin morphing into the Washington?!"  This article was originally posted on the Awlaki website on or about October 6, 2008.

233.    On or about August 1, 2009, IBRAHIM MOHAMMAD downloaded the complete lectures of Awlaki onto his computer.

234.    On or about August 1, 2009, IBRAHIM MOHAMMAD visited the Awlaki website and viewed the blog entry entitled "The Army of Yemen Confronts the Mujahideen."

235.    On or about August 3, 2009, IBRAHIM MOHAMMAD visited the Awlaki website and viewed the blog entry entitled "Beruwala Attack: Sri Lanka."

236.    On or about August 12, 2009, Unindicted Co-Conspirator #3 sent an email to FAROOQ MOHAMMAD and Unindicted Co-Conspirator #2.  In the email, Unindicted Co-Conspirator #3 stated, "Was wondering if you received any confirmation (sms or email) of

receipt of the package [receipt of the money by Awlaki]." He further suggested, "Probaby we might ask the recipient [Awlaki] to confirm receipt. What say?"

237.    On or about August 18, 2009, Individual B sent an email to FAROOQ MOHAMMAD with the subject line "[Individual A] fee for fall;" IBRAHIM MOHAMMAD and Individual A were cc'd on this email. In this email, Individual B stated, in sum and substance, that the total tuition for Individual A for the fall semester at University 1 was $5513.89 USD. In this email, Individual B further stated, "You may pay directly to university."

238.    On or about August 18, 2009, Individual B sent an email to FAROOQ MOHAMMAD with the subject line "FW: Extra expenses other than fee Sept;" IBRAHIM MOHAMMAD and Individual A were cc'd on this email. In this email, Individual B stated, in sum and substance, that additional expenses for Individual A totalled $1070 USD. In this email, Individual B further stated, "amount to be send [sic] to [Individual A's] account."

239.    On or about August 18, 2009, FAROOQ MOHAMMAD transferred $1070 USD from his National City Bank checking account, ending in 6219, to his Paypal account.

240.    On or about August 18, 2009, FAROOQ MOHAMMAD made a payment of $1070 USD from his Paypal account to the Paypal account of Individual A.

241.    On or about August 20, 2009, FAROOQ MOHAMMAD made an online payment to the tuition account of Individual A at University 1 from his National City Bank checking account, ending in 6219, in the amount of $5513.89 USD.

242.    On or about August 22, 2009, SULTANE SALIM sent an email to an identified individual, known to the Grand Jury, with the subject line "dnloads." The email contained a link to a website offering downloads of Awlaki lectures.

243.    On or about August 23, 2009, SULTANE SALIM sent an email to ASIF SALIM with the subject line "barb a rossa." In the email, SULTANE SALIM stated, "I found the story (as my boy narrated it) in text format right after I talked to you. This should provide all the fodder... errrr cannonballs... you need. An amazing story." SULTANE SALIM then included text from the Awlaki lecture "Allah is Preparing Us for Victory" regarding the death of Frederick Barbarossa during the Crusades.

244.    On or about August 30, 2009, IBRAHIM MOHAMMAD viewed an online news article entitled "Al Qaeda claims Saudi prince bomb" regarding Al Qaeda in the Arabian Peninsula's claim of responsibility for a suicide bombing on Saudi Prince Mohammad bin Nayif.

245.    On or about September 3, 2009, IBRAHIM MOHAMMAD sent an email to FAROOQ MOHAMMAD with the subject line "A A lecture." In this email, IBRAHIM MOHAMMAD sent a link to an online video of Awlaki's lecture "Beyond Guantanamo: Is This The End?"

246.    On or about September 3, 2009, FAROOQ MOHAMMAD replied to IBRAHIM MOHAMMAD and asked "do you know the date of this lecture?"

247.    On or about September 3, 2009, IBRAHIM MOHAMMAD replied to FAROOQ MOHAMMAD and stated, in sum and substance, the lecture was from August 30, 2009.

248.    On or about September 3, 2009, SULTANE SALIM received an email with a link to download the Awlaki lecture: "Beyond Guantanamo: Is This the End?"

249.    On or about September 3, 2009, SULTANE SALIM replied to this email with a link to Awlaki's website.

250.    On or about September 4, 2009, IBRAHIM MOHAMMAD sent an email to FAROOQ MOHAMMAD with the subject line "Re: Baklava." In this email, IBRAHIM

60

MOHAMMAD stated, in sum and substance, that he had received a check for FAROOQ

MOHAMMAD, in the amount of $2414 USD, from an identified individual, known to the Grand

Jury.  IBRAHIM MOHAMMAD then stated, "since I'd deposited that $17k, you'd told me not to

deposit anymore so it's still with me."

251.    On or about September 4, 2009, IBRAHIM MOHAMMAD sent an email to

FAROOQ MOHAMMAD with the subject line "c card default."  In this email, IBRAHIM

MOHAMMAD stated, "apparently if you have an unsecured loan like credit cards, then the

creditor can go to court to obtain a means of retrieving their money. the court can them grant

them power to go after the debtor's wages, property or their checking/savings accounts. just

wanted to give you the heads up. maybe its best not to keep much money in your account."

252.    On or about September 7, 2009, IBRAHIM MOHAMMAD viewed an online

news article entitled "IEDs wreak havoc among forces in Afghanistan."  Immediately after

viewing this article, IBRAHIM MOHAMMAD entered the search terms "Taliban ied" into the

website YouTube.  For approximately two hours, IBRAHIM MOHAMMAD then accessed

numerous videos available on YouTube, including: "Taliban Clip;" "American Taliban... Must

Watch;" "Taliban vs. Kafirs;" "Taliban Mujahideen;" "The Deadliest Month for Foreign Troops

in Afghanistan;" "Kuffaar soldiers starts crying after firefight with TALIBAN;" "LIVE

FOOTAGE of IED that killed 2 Canadian ISAF [International Security Assistance Force] troops

and wounded 5... near Kandahar;" "2 IED attacks on U.S. Convoy in Iraq;" "IED Blast in

Afghanistan;" "Tank vs IED."  After viewing these videos, IBRAHIM MOHAMMAD entered

the search terms "mujahideen in Afghanistan" into the website YouTube.  IBRAHIM

MOHAMMAD then accessed a video available on YouTube entitled "Turkey Mujahideen in

Afghanistan."

253.   On or about September 7, 2009, IBRAHIM MOHAMMAD sent an email to FAROOQ MOHAMMAD with the subject line "keeping it simple." This email contained a link to the YouTube video entitled "Turkey Mujahideen in Afghanistan."

254.   On or about September 12, 2009, IBRAHIM MOHAMMAD visited a website offering the complete collection of Awlaki lectures updated through September 2009.

255.   On or about September 25, 2009, the Paypal account of FAROOQ MOHAMMAD received a transfer of $650 USD from a National City Bank checking account, ending 6219, held by FAROOQ MOHAMMAD.

256.   On or about September 25, 2009, the Paypal account of FAROOQ MOHAMMAD made a payment of $650 USD to the Paypal account of Individual A.

257.   On or about September 26, 2009, ASIF SALIM sent an email to FAROOQ MOHAMMAD with the subject line "Re: [Book Club] Motivating Hadith." In this email, ASIF SALIM stated, in sum and substance, that he had attempted to call FAROOQ MOHAMMAD earlier in the week, but was unable to reach him. ASIF SALIM further asked, "Anything on the southern front?" On or about this same date, FAROOQ MOHAMMAD replied to ASIF SALIM and stated, "There's no communication on the southern front since before Ramadaan. Things seem to have become very chaotic up north just after our visit though. I'll keep you updated if I hear anything."

258.   On or about October 5, 2009, FAROOQ MOHAMMAD sent an email to Unindicted Co-Conspirator #2 and Unindicted Co-Conspirator #3, IBRAHIM MOHAMMAD, ASIF SALIM, and Unindicted Co-Conspirator #1 with the subject line "AA email." In this email, FAROOQ MOHAMMAD stated, "[Thank you] to everyone who helped. Please let me know if you can find any useful info." FAROOQ MOHAMMAD then provided a link to an

image file that had been uploaded to Website 1. The link was to a "private" part of the website. This email included the username and password needed to access the file.

259.    On or about October 5, 2009, FAROOQ MOHAMMAD transferred $400 USD from his National City Bank checking account, ending in 6219, to his Paypal account.

260.    On or about October 5, 2009, FAROOQ MOHAMMAD made a payment of $400 USD from his Paypal account to the Paypal account of Individual A.

261.    On or about October 11, 2009, Unindicted Co-Conspirator #3 sent an email to FAROOQ MOHAMMAD and Unindicted Co-Conspirator #2. Attached to the email was a scan of a handwritten note from Unindicted Co-Conspirator #3 stating that he had been asked to meet with a security officer from the immigration office. Unindicted Co-Conspirator #3 suggested they meet. That same day, Unindicted Co-Conspirator #2 and Unindicted Co-Conspirator #3 engaged in a communication. In the communication, they discussed why a security officer wanted to talk to Unindicted Co-Conspirator #3, who explained, "that's not good. coz i dont know why they want me. im assuming the worst & that's why i want us to have a consensus on the story."

262.    On or about October 14, 2009, IBRAHIM MOHAMMAD sent an email to an identified individual, known to the Grand Jury, with the subject line "part 2 link." In the email, IBRAHIM MOHAMMAD provided a link to Website 1, where a file entitled "aa_medinan_vol2" was available. In this email, IBRAHIM MOHAMMAD stated, "its still uploading, should be ready around 2 am. just try it in the morning sometime."

263.    On or about November 10, 2009, IBRAHIM MOHAMMAD, after receiving a link to an online news story about the Awlaki blog entry "Nidal Hassan Did the Right Thing," from an identified individual, known to the Grand Jury, replied: "lol, I was about to send you

63

something along those lines... but decided against it... yeah, I've read it... I read it on aa's website when it was posted this morning... its been taken down since."

264.    On or about December 26, 2009, IBRAHIM MOHAMMAD, after receiving a link to an online news story about an attempted airstrike on Al Qaeda leaders in Yemen, including Awlaki, responded: "[M]ay Allah preserve him [Awlaki]."

265.    On or about January 19, 2010, IBRAHIM MOHAMMAD forwarded to an identified individual, known to the Grand Jury, a reference to a Time Magazine article on Awlaki.  IBRAHIM MOHAMMAD stated, "there's a 4 page article on sh. AA [Awlaki] in this weeks Time magazine... read it and you'll realize how all their values of freedom and human rights go out the window when it concerns muslims... what annoyed me about the TIME article was how baseless allegations are so easily presented as facts. like whatever happ[e]ned to journalistic standards they have charts and time lines plotting sh. aa's apparently nefarious double life... with every allegation that could possibly be levelled against him presented as proven fact."

266.    On or about January 19, 2010, IBRAHIM MOHAMMAD also forwarded to this identified individual a link to an online video, originally released by As-Sahab, the media wing of Al Qaeda, on or about January 9, 2010.  In this video, Humam Khalil Abu-Mulal al-Balawi claimed responsibility for a suicide bomb attack in Khost, Afghanistan which killed seven employees of the United States government.

267.    On or about January 21, 2010, an identified individual, known to the Grand Jury, sent IBRAHIM MOHAMMAD a link to the complete blog entry "Tawfique Chowdhury's Alliance with the West" as it originally appeared on the Awlaki website.  IBRAHIM MOHAMMAD replied, "why're you getting into this now?"

268.    On or about April 21, 2010, SULTANE SALIM sent an email to an identified individual, known to the Grand Jury, with the subject line "da trip."  In this email, SULTANE SALIM addressed an upcoming hiking trip and stated, "I'm glad you're thinking about it more seriously now cuz I definitely don't want you thinking it'll be a walk in the park and then find out it's much rougher... Of course I don't have to remind you of the following ahadeeth from Saheeh Muslim: 'If someone dies without participating in <blank> and not having the intention of ever doing <blank>, he has died on a branch of Hypocrisy (Nifaaq).'  (For me, I don't think playing tennis on the weekends or listening to CD's proves that I had the intention.)."

269.    On or about September 12, 2010, FAROOQ MOHAMMAD sent an email to an identified individual, known to the Grand Jury, with the subject line "Re: Student loans."  In this email, FAROOQ MOHAMMAD stated, "Of course taking a loan and agreeing to pay interest on it is haram [forbidden].  There's another opinion that taking a loan from a nation that is at war with Islam while having no intention to repay it or the interest on it is allowed and even commendable as an act of war to weaken the enemy. I doubt you will hear this from anyone publicly though."

270.    At an exact date unknown, but at least as late as in or around October 2011, IBRAHIM MOHAMMAD deleted numerous emails from an account with an identified Internet Service Provider, including emails containing the words and phrases "Awlaki," "A A," "AA," "jihad," "Taliban," and "Yemen."

271.    On or about October 19, 2011, in Chicago, Illinois, less than three weeks after Awlaki's death, SULTANE SALIM made false statements to agents of the Federal Bureau of Investigation.  In sum and substance, SULTANE SALIM stated that he had written several checks to IBRAHIM MOHAMMAD in order to repay a loan IBRAHIM MOHAMMAD made to

him in 2002. In sum and substance, SULTANE SALIM stated that this loan enabled him to purchase a house. SULTANE SALIM further stated, in sum and substance, that he had no knowledge of FAROOQ MOHAMMAD. SULTANE SALIM further stated, in sum and substance, that he had never watched an Awlaki lecture or video, and that he had never personally provided, or knew anyone who had provided, any money to Awlaki. SULTANE SALIM further denied, in sum and substance, any knowledge of Awlaki's website.

272. At an exact date unknown, but at some time between on or about October 19, 2011 and January 9, 2012, FAROOQ MOHAMMAD instructed IBRAHIM MOHAMMAD to lie to the Federal Bureau of Investigation if questioned.

273. On or about December 8, 2011, in the Northern District of Ohio, IBRAHIM MOHAMMAD made false statements to the Federal Bureau of Investigation. In sum and substance, IBRAHIM MOHAMMAD stated that he had not engaged in any financial transactions with SULTANE SALIM or ASIF SALIM, and that SULTANE SALIM and ASIF SALIM had not written any checks to him. IBRAHIM MOHAMMAD further falsely stated, in sum and substance, that he would have no reason to engage in financial transactions with SULTANE SALIM or ASIF SALIM, and that he would remember something like those transactions.

274. On or about January 9, 2012, in the United Arab Emirates, FAROOQ MOHAMMAD made false statements to the Federal Bureau of Investigation. In sum and substance, FAROOQ MOHAMMAD stated that the July 2009 checks from SULTANE SALIM were repayment of a $12,000 USD home loan provided from FAROOQ MOHAMMAD to SULTANE SALIM in or around 2002. FAROOQ MOHAMMAD further stated, in sum and

substance, that SULTANE SALIM had repaid $17,000 because the house had been resold at a 50-percent profit.

275.    On or about January 9, 2012, in the United Arab Emirates, ASIF SALIM made false statements to the Federal Bureau of Investigation.  In sum and substance, ASIF SALIM stated that he was aware of an ongoing investigation into funds provided by SULTANE SALIM to FAROOQ MOHAMMAD, but that SULTANE SALIM had never told ASIF SALIM the purpose of any funds ever provided to FAROOQ MOHAMMAD.  ASIF SALIM further stated, in sum and substance, that he had never provided any funds to FAROOQ MOHAMMAD.

276.    At an exact date unknown, but before in or around January 2012, FAROOQ MOHAMMAD deleted all emails, except for one, dated from on or about February 1, 2008 through on or about January 15, 2010, from an account with an identified Internet Service Provider.

277.    At an exact date unknown, but between on or about November 22, 2011 and January 9, 2012, ASIF SALIM deleted all fifty (50) emails from a folder entitled "Trips" located in the email inbox of an account on an identified Internet Service Provider.  These emails included correspondence to FAROOQ MOHAMMAD dated July 8, 2009; and correspondence related to hiking trips made in 2009 and 2010.

All in violation of Title 18, United States Code, Section 2339A.

## COUNT TWO
### (Providing Material Support and Resources to Terrorists)

The Grand Jury further charges:

278.    The allegations of paragraphs 1 through 24 of this Indictment are re-alleged and incorporated as if fully rewritten.

279.    In or about July 2009, in the Northern District of Ohio, and elsewhere, the defendants YAHYA FAROOQ MOHAMMAD, IBRAHIM ZUBAIR MOHAMMAD, ASIF AHMED SALIM, and SULTANE ROOME SALIM did knowingly and intentionally provide material support and resources, to wit: property and services, including currency and monetary instruments, knowing and intending that they were to be used in preparation for, and in carrying out, violations of Title 18, United States Code, Sections 1114 (killing of officers and employees of the United States), 2332 (killing of U.S. nationals), and 2332b (acts of terrorism transcending national boundaries).

All in violation of Title 18, United States Code, Sections 2339A and 2.

## COUNT THREE
### (Conspiracy to Commit Bank Fraud)

The Grand Jury further charges:

280.    The allegations of paragraphs 1 through 24 of this Indictment are re-alleged and incorporated as if fully rewritten herein.

281.    From in or around January 2007, to in or around September 2010, in the Northern District of Ohio, and elsewhere, the defendants, YAHYA FAROOQ MOHAMMAD and IBRAHIM ZUBAIR MOHAMMAD, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire and agree with and among each other, and with

and among others known and unknown to the Grand Jury, to commit bank fraud: that is, to knowingly devise and intend to devise a scheme and artifice (a) to defraud financial institutions which were then insured by the Federal Deposit Insurance Corporation ("FDIC") and which were then financial institutions as defined by Title 18, United States Code, Section 20; and (b) to obtain money, funds, credits, assets and other property owned by, and under the custody and control of, those financial institutions, by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Sections 1344(1) and (2).

### Object of the Conspiracy

282. It was the object of the conspiracy that FAROOQ MOHAMMAD and IBRAHIM MOHAMMAD, and others known and unknown to the Grand Jury, obtained money for themselves by using credit cards in the name of FAROOQ MOHAMMAD to obtain money from the financial institutions issuing the credit cards with no intention of repaying the amounts obtained from the financial institutions.

### Manner and Means

283. It was part of the conspiracy that FAROOQ MOHAMMAD applied for and obtained credit cards from American Express, Citibank, First National Bank of Omaha, and Discover, which were then financial institutions insured by the FDIC.

284. It was further part of the conspiracy that at the time the credit cards were issued to FAROOQ MOHAMMAD, he promised to repay any amounts charged to the credit cards, when, at the time, he had no intention to do so.

285. It was further part of the conspiracy that FAROOQ MOHAMMAD and IBRAHIM MOHAMMAD communicated with each other and others via email regarding

FAROOQ MOHAMMAD's plans to obtain the credit cards and his intent not to repay large amounts charged to them and instead to use the money for their own purposes.

286. It was further part of the conspiracy that in order to mislead the financial institutions issuing the credit cards as to his residence, FAROOQ MOHAMMAD, with the agreement of IBRAHIM MOHAMMAD, provided one or more of the financial institutions with IBRAHIM MOHAMMAD's address in the Northern District of Ohio as his address, even though FAROOQ MOHAMMAD actually lived in the United Arab Emirates.

287. It was further part of the conspiracy that FAROOQ MOHAMMAD used the credit cards to make payments of funds to the Paypal account of IBRAHIM MOHAMMAD. While in the Northern District of Ohio, IBRAHIM MOHAMMAD transferred the funds to Paypal accounts in the name of FAROOQ MOHAMMAD and FAROOQ MOHAMMAD's wife. FAROOQ MOHAMMAD then transferred the funds from these Paypal accounts to his bank account.

288. It was further part of the conspiracy that FAROOQ MOHAMMAD used the credit cards to make payments of funds to the Paypal account of another individual, known to the Grand Jury, who then caused the funds to be paid to FAROOQ MOHAMMAD.

289. It was further part of the conspiracy that FAROOQ MOHAMMAD, with the assistance of IBRAHIM MOHAMMAD, used the credit cards to make tuition payments to University 1, located in the Northern District of Ohio, on behalf of Individual A. Individual B then repaid FAROOQ MOHAMMAD the amount of the tuition payment in the United Arab Emirates, effectively allowing him to move the wrongfully obtained money out of the United States without creating direct financial records.

290.    It was further part of the conspiracy that FAROOQ MOHAMMAD used the credit cards for other purchases, such as airfare to Yemen.

291.    It was further part of the conspiracy that FAROOQ MOHAMMAD initially made payments on the credit card accounts in order to ensure the continued availability of credit; however, after using the credit cards to transfer large amounts that put the balances at or near the credit limits, FAROOQ MOHAMMAD stopped making payments on the credit card accounts.

All in violation of Title 18, United States Code, Section 1349.

## COUNT FOUR
### (Conspiracy to Obstruct Justice)

The Grand Jury further charges:

292.    The allegations of paragraphs 1 through 24 of this Indictment are re-alleged and incorporated as if fully rewritten herein.

293.    From a date unknown, but at least as early as in or around October 2011, and continuing until at least in or around January 2012, in the Northern District of Ohio, and elsewhere, the defendants, YAHYA FAROOQ MOHAMMAD, IBRAHIM ZUBAIR MOHAMMAD, ASIF AHMED SALIM, and SULTANE ROOME SALIM, did knowingly and intentionally combine, conspire and agree with and among each other, and with and among others known and unknown to the Grand Jury, to commit offenses against the United States, to wit, obstruction of justice in violation of Title 18, United States Code, Sections 1512(c)(1) and (c)(2).

## Object of the Conspiracy

294.    It was the object of the conspiracy that FAROOQ MOHAMMAD, IBRAHIM MOHAMMAD, ASIF SALIM, and SULTANE SALIM, and others known and unknown to the

Grand Jury, would corruptly alter, destroy, mutilate, and conceal records, documents, and other objects, including email communications stored on accounts with identified Internet Service Providers, with the intent to impair the integrity and availability of these records, documents, and other objects for use in an official proceeding; and would corruptly obstruct, influence, and impede an official proceeding.

## Manner and Means

295.    It was a part of the conspiracy that one or more of the co-conspirators attempted to conceal evidence relevant to an official proceeding by intentionally making false statements, including omitting material facts, to government agents and officials.

296.    It was a further part of the conspiracy that one or more of the co-conspirators attempted to conceal evidence relevant to an official proceeding by deleting email communications detailing their associations and activities.

## Acts in Furtherance of the Conspiracy

297.    In furtherance of the conspiracy and in order to effect its objects and conceal its existence, the defendants and their co-conspirators committed one or more of the following acts in the Northern District of Ohio and elsewhere:

298.    As overt acts, the allegations of paragraphs 270 through 277 of this Indictment are re-alleged and incorporated as if fully rewritten herein.

All in violation of Title 18, United States Code, Section 1512(k).


A TRUE BILL.

Original Document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

72