AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Ohio

FID# 9910272

| | |
|---|---|
| United States of America<br>v.<br>Ibrahim Zubair Mohammad<br><br>_____<br>*Defendant* | ) ) ) ) ) ) ) Case No. 3:15 CR 358<br>JUDGE ZOUHARY |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ibrahim Zubair Mohammad,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:2339A - Conspiracy to Provide Material Support and Resources to Terrorists
18:2339A and 2 - Providing Material Support and Resources to Terrorists
18:1349 - Conspiracy to Commit Bank Fraud
18:1512(k) - Conspiracy to Obstruct Justice

Date: 09/30/2015

*Issuing officer's signature*

Nancy A. Vecchiarelli, U.S. Magistrate Judge
*Printed name and title*

City and state: Cleveland, Ohio

### Return

This warrant was received on *(date)* 10/1/15 , and the person was arrested on *(date)* 11/5/15
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____ GDUSA
*Printed name and title*