IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,　　　　　　　　　　　　　　Case No. 3:15cr358

      Plaintiff

  -v-　　　　　　　　　　　　　　　　　　　　　　　ORDER

Asif Ahmed Salim,

      Defendant

On February 8, 2018, I held a bond hearing as to Defendant Asif Ahmed Salim. The defendant is released on a $500,000.00 property bond with the following conditions:

1. The defendant must not violate any federal, state, or local laws while on release.
2. The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. §14135a.
3. The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number, and obtain permission before making any such change.
4. The defendant must sign the Appearance Bond.
5. The defendant is placed into the custody of his mother, Shakila Salim.
6. The defendant shall submit to supervision and report for supervision by the Pretrial Services Office.
7. The defendant shall be subject to and monitored by electronic location monitoring, the specific details of which are to be chosen and implemented by the Pretrial Services office.
8. The defendant, his wife, and children must surrender any passports to the Clerk of Court.
9. The defendant shall have travel restrictions limited to the Southern District of Ohio and to and from Northern District of Ohio, only, for court travel purposes.
10. The defendant shall avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution of this case.
11. The defendant shall not possess a firearm, destructive device, or other weapon, nor shall any be present within the premises in which he resides.
12. The defendant shall avoid all contact, directly or indirectly, with co-defendants except as unavoidable with his brother and co-defendant, Sultane Salim. This prohibition will not apply to joint defense meetings when co-defendants are meeting with counsel for purposes of trial preparation and strategy.

13. The defendant shall participant in the home detention component of the location monitoring program and abide by all requirements of the program which will include location monitoring technology at the discretion of the officer.
14. The defendant is prohibited from accessing any computer device of any kind, Internet Service Provider, bulletin board system or any other public or private computer network or service at any location (including employment or education) without prior written approval of the U.S. Pretrial Services and Probation Office or the Court.  Any approval shall be subject to any conditions set by the U.S. Pretrial Services and Probation Officer or the Court with respect to that approval.  Any computer found is subject to seizure or search.  A search will not be conducted prior to approval by the Court.

I granted the government's motion to stay release for one week.  The government filed a Notice of Appeal (Doc. 312) on February 15, 2018.  The Notice of Appeal having been filed, government is granted leave until February 21, 2018 to file a Motion to Stay.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge